B1 (Official Form 1)(1/08)

| United States Bankruptcy Court<br>Central District of California | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**R Star Restaurants, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br><br>**DBA Lone Star Steakhouse; DBA Lone Star Steakhouse & Saloon** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**33-0884081** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**1222 East Irvine Boulevard<br>Tustin, CA**<br>ZIP Code **92780** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Orange** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

**Type of Debtor**
(Form of Organization)
(Check one box)

- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

**Tax-Exempt Entity**
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

**Filing Fee** (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**R Star Restaurants, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>Signature of Attorney for Debtor(s)          (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(1/08)

# Voluntary Petition

*(This page must be completed and filed in every case)*

| Name of Debtor(s): |
| --- |
| **R Star Restaurants, Inc.** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X **/s/ Thomas J. Polis**
Signature of Attorney for Debtor(s)

**Thomas J. Polis 119326**
Printed Name of Attorney for Debtor(s)

**Polis & Associates, APLC**
Firm Name

**19800 MacArthur Boulevard, Suite 1000
Irvine, CA 92612-2433**

_____
Address

**Email: tom@polis-law.com**
**(949) 862-0040  Fax: (949) 862-0041**
Telephone Number

**March  8, 2010                    119326**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Gregg H. Rotcher**
Signature of Authorized Individual

**Gregg H. Rotcher**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**March  8, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

## United States Bankruptcy Court
### Central District of California

In re  **R Star Restaurants, Inc.**

_____
                                    Debtor(s)

Case No.  _____
Chapter   **11**

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Gregg Rotcher**, declare under penalty of perjury that I am the **President of  R Star Restaurants, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the ___ day of ___*March*___ , 2010.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Gregg Rotcher, President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Gregg Rotcher, President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Gregg Rotcher, President** of this Corporation is authorized and directed to employ **Thomas J. Polis**, attorney and the law firm of **Polis & Associates, APLC** to represent the corporation in such bankruptcy case."

Date   **3-5-2010**
_____

Signed   _____
        **Gregg Rotcher**

| Attorney or Party Name, Address, Telephone & FAX Number, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Thomas J. Polis**<br>**19800 MacArthur Boulevard, Suite 1000**<br>**Irvine, CA 92612-2433**<br>**(949) 862-0040 Fax: (949) 862-0041**<br>California State Bar Number: **119326**<br><br>*Attorney for Debtor* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>    **R Star Restaurants, Inc.**<br><br><br><br>Debtor(s),<br>Plaintiff(s),<br>Defendant(s). | CASE NO.:<br><br>ADV. NO.:<br><br>CHAPTER:   **11** |
|---|---|

## Corporate Ownership Statement Pursuant to
## F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5

*Pursuant to F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I,   **Thomas J. Polis**               , the undersigned in the above-captioned case, hereby declare
          *(Print Name of Attorney or Declarant)*

under penalty of perjury under the laws of the United States of America that the following is true and correct:

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1.     I have personal knowledge of the matters set forth in this Statement because:

        ☐ I am the president or other officer or an authorized agent of the debtor corporation

        ☐ I am a party to an adversary proceeding

        ☐ I am a party to a contested matter

        ■ I am the attorney for the debtor corporation

2.a.   ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

        *[For additional names, attach an addendum to this form.]*

b.    ■ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

| **/s/ Thomas J. Polis** | **March 8, 2010** |
|---|---|
| Signature of Attorney or Declarant | Date |

| **Thomas J. Polis** |
|---|
| Printed Name of Attorney or Declarant |

_____
This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

April 2007

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com                  Best Case Bankruptcy

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re   **R Star Restaurants, Inc.**

Debtor(s)

Case No. _____

Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or chapter 9*] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| American Linen<br>900 N. Highland Box 38757<br>Los Angeles, CA 90038 | American Linen (ALSCO)<br>900 N. Highland Box 38757<br>Los Angeles, CA 90038<br>(714) 774-4165 | | | 655.52 |
| BEN-E-LECT<br>5429 Avenida De Los Robles,<br>Ste A<br>Visalia, CA 93291 | Frank Carrasco<br>BEN-E-LECT<br>5429 Avenida De Los Robles, Ste A<br>Visalia, CA 93291<br>(888) 886-7973 | | | 9,307.43 |
| Bluestone Associates, LLC<br>c/o Tamara Pow, Esq.<br>Structure Law Group, LLC<br>1754 Technology Dr, Ste 135<br>San Jose, CA 95110 | Tamara Pow, Esq.<br>Bluestone Associates, LLC<br>c/o Structure Law Group, LLC<br>1754 Technology Dr, Ste 135<br>San Jose, CA 95110<br>(408) 441-7500 | | Disputed | 60,000.00 |
| EcoLab Pest Elimination<br>PO Box 6007<br>Grand Forks, ND 58206-6007 | EcoLab Pest Elimination<br>PO Box 6007<br>Grand Forks, ND 58206-6007 | | | 209.98 |
| General Electric Capital Corp<br>8377 E. Hartford Dr<br>Scottsdale, AZ 85255 | General Electric Capital Corp<br>8377 E. Hartford Dr<br>Scottsdale, AZ 85255<br>(817) 231-0441 | | Disputed | 1,300,000.00<br><br>(200,000.00 secured) |
| George Barragan<br>259 W. Wabash St<br>San Bernardino, CA 92405 | George Barragan<br>259 W. Wabash St<br>San Bernardino, CA 92405 | | | 217.50 |
| Internal Revenue Service<br>c/o Civil Trial West<br>Tax Division US Dept Justice<br>Washington, DC 20530 | Internal Revenue Service<br>c/o Civil Trial West<br>Tax Division US Dept Justice<br>Washington, DC 20530 | | Disputed | 100,246.32 |
| Lone Star Finance, Inc.<br>244 E. Douglas, Ste 700<br>Wichita, KS 67202 | Lone Star Finance, Inc.<br>244 E. Douglas, Ste 700<br>Wichita, KS 67202<br>(316) 719-2288 | | Disputed | 75,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re   **R Star Restaurants, Inc.**                      Case No.                     

                             Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **LSF5 Cactus Franchisor, LLC Lone Star Steakhouse 5055 W. Park Blvd, Ste 550 Plano, TX 75093** | **Mr. Noah Pollack LSFS Cactus Licensur, LLC Lone Star Steakhouse 5055 W. Park Blvd, Ste 550 Plano, TX 75093 (972) 599-7091** | | **Disputed** | **300,000.00** |
| **Meadowbrook Meat Company, Inc. 2641 Meadowbrook Rd Rocky Mount, NC 27802** | **Meadowbrook Meat Company, Inc. 2641 Meadowbrook Rd Rocky Mount, NC 27802 (252) 985-7200** | | **Disputed** | **20,000.00** |
| **Minuteman Plumbing & Drain Service PO Box 4983 Garden Grove, CA 92842** | **Minuteman Plumbing & Drain Service PO Box 4983 Garden Grove, CA 92842** | | | **363.00** |
| **Pacific Castle Long Beach LP c/o Richard L. Seide, Esq. Law Offices of Richard Seide 901 Dove St, Ste 120 Newport Beach, CA 92660-3018** | **Richard L. Seide, Esq. Pacific Castle Long Beach LP c/o Law Offices of Richard Seide 901 Dove St, Ste 120 Newport Beach, CA 92660-3018 (949) 474-8000** | | **Disputed** | **50,000.00** |
| **Richard E. Quintilone, Esq. Dayna C. Carter, Esq. Quintilone & Associates 22974 El Toro Rd, Ste 100 Lake Forest, CA 92630** | **Richard E. Quintilone, Esq. Quintilone & Associates 22974 El Toro Rd, Ste 100 Lake Forest, CA 92630 (949) 458-9675** | | **Disputed** | **330,000.00** |
| **Southland Management Co, LLC 31501 Rancho Viejo Rd, Ste 102 San Juan Capistrano, CA 92675** | **Southland Management Co, LLC 31501 Rancho Viejo Rd, Ste 102 San Juan Capistrano, CA 92675 (949) 916-2300** | | **Disputed** | **102,000.00** |
| **Sysco Food Services Los Angeles Inc 20701 E. Currier Rd Walnut, CA 91789** | **Sysco Food Services Los Angeles Inc 20701 E. Currier Rd Walnut, CA 91789 (909) 595-9595** | | **Disputed** | **576,587.21** |
| **Tustin Heights SC, LP c/o Gerry C. Submelter, Esq. Blackmar, Principe & Schmelter, APC 600 B St, Ste 2250 San Diego, CA 92101-4521** | **Gerry C. Submelter, Esq. Tustin Heights SC, LP c/o Blackmar Principe & Schmelter 600 B St, Ste 2250 San Diego, CA 92101-4521 (619) 238-8900** | | **Disputed** | **100,000.00** |
| **U.S. Air Conditioning 16900 Chestnut St City of Industry, CA 91748** | **U.S. Air Conditioning 16900 Chestnut St City of Industry, CA 91748** | | | **1,039.38** |
| **US Bancorp 1450 Channel Pkwy Marshall, MN 56258** | **US Bancorp 1450 Channel Pkwy Marshall, MN 56258 (507) 532-1073** | | **Disputed** | **100,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re   **R Star Restaurants, Inc.**                                     Case No. _____
                         Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
## (Continuation Sheet)

| (1)<br><br>*Name of creditor and complete mailing address including zip code* | (2)<br><br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br><br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br><br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br><br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Valley Funding, LLC**<br>**90 Gwynn Mill Ct**<br>**Owings Mills, MD 21117** | **Valley Funding, LLC**<br>**90 Gwynn Mill Ct**<br>**Owings Mills, MD 21117**<br>**(443) 796-7333** | | **Disputed** | **300,000.00** |
| **Waste Management of Inland Empire**<br>**PO Box 78251**<br>**Phoenix, AZ 85062-8251** | **Waste Management of Inland Empire**<br>**PO Box 78251**<br>**Phoenix, AZ 85062-8251** | | | **565.44** |

# DECLARATION UNDER PENALTY OF PERJURY
# ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.


Date   **March  8, 2010** _____        Signature   **/s/ Gregg H. Rotcher** _____
                                                            **Gregg H. Rotcher**
                                                            **President**


*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court

## Central District of California

In re  **R Star Restaurants, Inc.**                                      ,        Case No. _____

Debtor

Chapter                                    **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Gregg Rotcher, President**<br>**1222 East Irvine Blvd.**<br>**Tustin, CA 92780** | | **100%** | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date____**March  8, 2010**_____        Signature__**/s/ Gregg H. Rotcher**_____

**Gregg H. Rotcher**
**President**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§  152 and 3571.

____**0**____ continuation sheets attached to List of Equity Security Holders

| Party Name, Address and Telephone Number *(CA State Bar No. If Applicable)* | FOR COURT USE ONLY |
|---|---|
| **Thomas J. Polis**<br>**19800 MacArthur Boulevard, Suite 1000**<br>**Irvine, CA 92612-2433**<br>**(949) 862-0040 Fax:(949) 862-0041**<br>**E-mail: tom@polis-law.com**<br>CA State Bar Number: **119326** | |

<table>
<tr><td colspan="2" align="center"><strong>UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA</strong></td></tr>
<tr><td>In re:<br><br>     <strong>R Star Restaurants, Inc.</strong></td><td>CHAPTER 11<br><br>CASE NUMBER</td></tr>
<tr><td align="right">Debtor.</td><td align="center">(No Hearing Required)</td></tr>
</table>

## VENUE DISCLOSURE FORM
## FOR CORPORATIONS FILING CHAPTER 11
## *(Required by General Order 97-02)*

*\*Attach additional sheets as necessary and indicate so in each section\**

1.   Specify the address of the principal office of the Debtor currently on file with the California Secretary of State (*from Form S0100, S0200, or S0300*):  **1222 East Irvine Boulevard, Tustin, California  92780**

2.   Specify the address of the principal office of the Debtor listed on the Debtor's most recent federal tax return:
      **1222 East Irvine Boulevard, Tustin, California  92780**

3.   Disclose the current business address(es) for all corporate officers:
      **1222 East Irvine Boulevard, Tustin, California  92780**

4.   Disclose the current business address(es) where the Debtor's books and records are located:
      **1222 East Irvine Boulevard, Tustin, California  92780**

5.   List the address(es) where the majority of the Debtor's assets are located based on a book value determination as set forth on the Debtor's most recent balance sheet:**1222 East Irvine Boulevard, Tustin, California  92780**

6.   Disclose any different address(es) to those listed above within six months prior to the filing of this petition and state the reasons for the change in address(es):

7.   State the name and address of the officer signing this Statement and the relationship of such person to the Debtor *(specify)*:  **Gregg H. Rotcher, President**

8.   Total number of attached pages of supporting documentation: ___

---

*Rev. 12/99*  This form is required pursuant to General Order 97-02.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.     **VEN-C**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com                                          Best Case Bankruptcy

Venue Disclosure Form for Corporations Filing Chapter 11 - Page 2

**VEN-C**

| In re **R Star Restaurants, Inc.** | CHAPTER 11 |
|---|---|
| Debtor. | CASE NUMBER |

9.   I declare under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on **March 8, 2010**, at Tustin, California.

| **Gregg H. Rotcher** | /s/ Gregg H. Rotcher |
|---|---|
| *Type Name of Officer* | *Signature of Declarant* |

**President**

*Position or Title of Officer*

*Rev. 12/99*   This form is required pursuant to General Order 97-02.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**VEN-C**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LOCAL BANKRUPTCY RULE 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.   A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
      **None.**

2.   (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
      **None.**

3.   (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
      **None.**

4.   (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof.  If none, so indicate. Also, list any real property included in Schedule A that was filed with any such prior proceeding(s).)
      **None.**


I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at   **Tustin**_____ , California.      /s/ Gregg H. Rotcher_____
                                                                  **Gregg H. Rotcher**
Dated         **March  8, 2010**_____                 *Debtor*


                                                                  _____

                                                                  *Joint Debtor*

---

This form is mandatory by Order of the United States Bankruptcy Court for the Central District of California.

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
## Central District of California

In re    **R Star Restaurants, Inc.**

Case No. _____

_____ ,

Debtor

Chapter _____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 4 | 2,060,438.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 1,300,000.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 75 | | 100,246.32 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 24 | | 2,026,565.85 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 107 | | | |
| Total Assets | | | 2,060,438.00 | | |
| Total Liabilities | | | | 3,426,812.17 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Central District of California

In re    **R Star Restaurants, Inc.**                                      Case No. _____

                                                                    ,
                                            Debtor

                                                                    Chapter_____**11**_____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐  Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

.

In re     **R Star Restaurants, Inc.**                              ,     Case No. _____

                                              Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

|  |  |
|---|---|
| Sub-Total > | **0.00**     (Total of this page) |
| Total > | **0.00** |

  __0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                  Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

.

In re   **R Star Restaurants, Inc.**                                                   ,   Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | | **Various cash and bank accounts (Balance as of 12/29/2009)** | - | 110,459.00 |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | | **Pre-paid rent (Balance as of 12/29/2009)** | - | 342,227.00 |
| | | | **Rent deposit (Balance as of 12/29/2009)** | - | 49,188.00 |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Pre-paid insurance (workers' compensation, general liability, other) (Balance as of 12/29/2009)** | - | 155,874.00 |
| 10. | Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    657,748.00
(Total of this page)

__3__   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                              Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **R Star Restaurants, Inc.**                           ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Accounts receivable credit cards (Balance as of 12/29/2009)** | - | 13,433.00 |
| | | **Accounts Receivable (Balance as of 12/29/2009)** | - | 165,519.00 |
| | | **Notes receivable (Balance as of 12/29/2009)** | - | 640.00 |
| | | **Notes Receivable (long term) (Balance as of 12/29/2009)** | - | 139,476.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

Sub-Total >      319,068.00

(Total of this page)

Sheet  **1**  of  **3**  continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com            Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re **R Star Restaurants, Inc.** _____ ,    Case No. _____
                                            Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | | Pre-paid licenses and fees (Balance as of 12/29/2009) | - | 1,428.00 |
| | | Goodwill (Balance as of 12/29/2009) | - | 252,212.00 |
| | | Liquor license (Balance as of 12/29/2009) | - | 49,301.00 |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | Office equipment and software (Balance as of 12/29/2009) (Book value not going concern value - value disputed) | - | 6,295.00 |

Sub-Total >    309,236.00
(Total of this page)

Sheet __2__ of __3__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re    **R Star Restaurants, Inc.**                                    ,    Case No. _____

                                        Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | **Furniture and decor**<br>**(Balance as of 12/29/2009)**<br>**(Book value not going concern value -**<br>**value disputed)** | - | **5,998.00** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **Leasehold improvements**<br>**(Balance as of 12/29/2009)**<br>**(Book value not going concern value -**<br>**value disputed)** | - | **538,505.00** |
| | | **Restaurant equipment**<br>**(Balance as of 12/29/2009)**<br>**(Book value not going concern value -**<br>**value disputed)** | - | **102,749.00** |
| | | **Sable POS System**<br>**(Balance as of 12/29/2009)**<br>**(Book value not going concern value -**<br>**value disputed)** | - | **12,053.00** |
| 30. Inventory. | | **Inventory**<br>**Food and Beverage**<br>**(Balance as of 12/29/2009)** | - | **115,081.00** |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | **774,386.00** |
| (Total of this page) | |
| Total > | **2,060,438.00** |

Sheet __3__ of __3__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re    **R Star Restaurants, Inc.**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | **UCC-1 Financing Statement** | | | | | |
| **General Electric Capital Corp** **8377 E. Hartford Dr** **Scottsdale, AZ 85255** | - | | | | **Various personal property items as reported in Schedule B.** | | | X | | |
| | | | | | Value $                200,000.00 | | | | 1,300,000.00 | 1,100,000.00 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

__0__ continuation sheets attached

|  | Subtotal (Total of this page) | 1,300,000.00 | 1,100,000.00 |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 1,300,000.00 | 1,100,000.00 |

B6E (Official Form 6E) (12/07)

.

In re   **R Star Restaurants, Inc.**                                                                          ,   Case No. _____
                                                                                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

■ **Wages, salaries, and commissions**

    Wages, salaries, commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

    **74**     continuation sheets attached

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **R Star Restaurants, Inc.**                                              ,      Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Adalid Jimenez** **1007 West Myrtle** **Santa Ana, CA 90703** | - | | | | | | Unknown / Unknown | Unknown / 0.00 |
| Account No. **Adam Contreras** **316 Cherry Ave, #303** **Long Beach, CA 90802** | - | | | | | | Unknown / Unknown | Unknown / 0.00 |
| Account No. **Agustin Rodriguez** **712 W. Cully Dr** **Orange, CA 92865** | - | | | | | | Unknown / Unknown | Unknown / 0.00 |
| Account No. **Alejandra Ayala** **1092 Cabrillo Park, Apt. A** **Santa Ana, CA 92701** | - | | | | | | Unknown / Unknown | Unknown / 0.00 |
| Account No. **Alfonso Vargas** **406 Sierra Vista, #35** **Corona, CA 92882** | - | | | | | | Unknown / Unknown | Unknown / 0.00 |

Sheet _1_ of _74_ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page) — 0.00 | 0.00 / 0.00

B6E (Official Form 6E) (12/07) - Cont.

In re    **R Star Restaurants, Inc.**                                    ,    Case No. _____
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Allyson C. Anderson 3541 Sweetwater Cr Corona, CA 92882 | - | | | | | | | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| Alyssa J. Reyes 1272 Bonsai Cir Corona, CA 92882 | - | | | | | | | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| Amanda L. Cullen-Rambo 23312 Desertwood Lake Forest, CA 92630 | - | | | | | | | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| Amy A. McAllister 15635 Vista Wy,  #10 Lake Elsinore, CA 92532 | - | | | | | | | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| Amy R. Leonard 654 Cherry St Corona, CA 92881 | - | | | | | | | Unknown |
| | | | | | | | Unknown | 0.00 |

Sheet **2** of **74** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 0.00 | 0.00 |

B6E (Official Form 6E) (12/07) - Cont.

In re    **R Star Restaurants, Inc.**                              ,     Case No. _____

                                Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY — AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Ana Maria Vera-Montano** <br> **16421 McFadden, #360** <br> **Tustin, CA 92780** | | - | | | | | Unknown <br><br> Unknown | Unknown <br><br> 0.00 |
| Account No. <br><br> **Andrea I. Ruffino** <br> **14 Titian** <br> **Aliso Viejo, CA 92656** | | - | | | | | Unknown <br><br> Unknown | Unknown <br><br> 0.00 |
| Account No. <br><br> **Andrew J. Vasquez** <br> **220 Kennebec** <br> **Anaheim, CA 92807** | | - | | | | | Unknown <br><br> Unknown | Unknown <br><br> 0.00 |
| Account No. <br><br> **Angel Maldonado** <br> **1007 W. Myrtle** <br> **Santa AnaCA 92703** | | - | | | | | Unknown <br><br> Unknown | Unknown <br><br> 0.00 |
| Account No. <br><br> **Angela A. Sifuentes** <br> **10122 Broodside Dr** <br> **Garden Grove, CA 92840** | | - | | | | | Unknown <br><br> Unknown | Unknown <br><br> 0.00 |

Sheet **3** of **74** continuation sheets attached to         Subtotal        **0.00**
Schedule of Creditors Holding Unsecured Priority Claims    (Total of this page)    **0.00**     **0.00**

B6E (Official Form 6E) (12/07) - Cont.

In re   **R Star Restaurants, Inc.** _____,   Case No. _____

                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Angela I. Boyd 1362 Longmont Pl Santa Ana, CA 92705 | - | | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| Angela V. Sikkenga 5448 Jubilee Pl, #A Mira Loma, CA 91752 | - | | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| Anthony J. Arrocha 1651 Brookshire Ave Tustin, CA 92780 | - | | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| Anthony Trevino 137 E. Peck St Lake Elsinore, CA 92530 | - | | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| Antone J. Ribaudo 322 S. Crest Rd. Orange, CA 92868 | - | | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |

Sheet __4__ of __74__ continuation sheets attached to                        Subtotal        | 0.00 |
Schedule of Creditors Holding Unsecured Priority Claims      (Total of this page)   | 0.00 | 0.00 |

B6E (Official Form 6E) (12/07) - Cont.

In re  **R Star Restaurants, Inc.**                                          Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Antonio L. Perez 31600 Vista Blvd. Lake Elsinore, CA 92532 | - | | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| Arellanos Trinidad 320 Saint Andrew Pl Santa Ana, CA 92707 | - | | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| Armando Rodriguez 429 S. Ross St. Santa Ana, CA 92701 | - | | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| Arnoldo Guzmon 510 Mortimey, #304 Santa Ana, CA 92701 | - | | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| Arturo Bautista-Martinez 1305 S. Wood Santa Ana, CA 92704 | - | | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |

Sheet __5___ of __74__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)                  0.00                  0.00

0.00

0.00

B6E (Official Form 6E) (12/07) - Cont.

In re  **R Star Restaurants, Inc.** _____,  Case No. _____

_____
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **Arturo Cuevas** **29055 11th St** **Lake Elsinore, CA 92532** | - | | | | | | Unknown | **Unknown** |
| | | | | | | | **Unknown** | **0.00** |
| Account No. | | | | | | | | |
| **Ashley N. Hayne** **99 63rd Pl, Apt. 3** **Bellflower, CA 90706** | - | | | | | | Unknown | **Unknown** |
| | | | | | | | **Unknown** | **0.00** |
| Account No. | | | | | | | | |
| **Ashlie M. Hobson** **5434 Jubilee Pl, #D** **Mira Loma, CA 91752** | - | | | | | | Unknown | **Unknown** |
| | | | | | | | **Unknown** | **0.00** |
| Account No. | | | | | | | | |
| **Audrey Wyke** **911 E. 36th St.** **Long Beach, CA 90807** | - | | | | | | Unknown | **Unknown** |
| | | | | | | | **Unknown** | **0.00** |
| Account No. | | | | | | | | |
| **Austin D. Goodman** **12002 Martha Ann Dr.** **Los Alamitos, CA 90720** | - | | | | | | Unknown | **Unknown** |
| | | | | | | | **Unknown** | **0.00** |

Sheet _**6**___ of _**74**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | |
|---|---|
| Subtotal | **0.00** |
| (Total of this page) | **0.00** | **0.00** |

B6E (Official Form 6E) (12/07) - Cont.

In re **R Star Restaurants, Inc.** _____,     Case No. _____
                                        Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Bernardo Rivera 518 S. Ross Santa Ana, CA 92701 | - | | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| Bianca R. Fuentes 19691 Date St Nuevo, CA 92567 | - | | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| Bonnie A. Robinson 4795 Bain St Mira Loma, CA 91752 | - | | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| Brandon D. Rotcher 30505 Canyon Hills Rd, Unit #1203 Lake Elsinore, CA 92532 | - | | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| Brandon M. Gomez 4000 Pierce St, #27 Riverside, CA 92505 | - | | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |

Sheet __7__ of __74__ continuation sheets attached to                    Subtotal          0.00
Schedule of Creditors Holding Unsecured Priority Claims     (Total of this page)     0.00          0.00

B6E (Official Form 6E) (12/07) - Cont.

In re    **R Star Restaurants, Inc.**                                    Case No. _____
_____,
                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Breauna R. Gildea 23592 Windsong, Apt #32J Aliso Viejo, CA 92656 | - | | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| Brenden P. Burley 655 Terraine Ave Long Beach, CA 90814 | - | | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| Brian Fletcher 21401 Cypresswood Lake Forest, CA 92630 | - | | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| Briana L. Hardtke 26181 San Marino Ct. Mission Viejo, CA 92692 | - | | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| Brianna M. Jackson 929 Coronado Ave. Long Beach, CA 90804 | - | | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |

Sheet  **8**  of  **74**  continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)                0.00     0.00
                                                      0.00     0.00

B6E (Official Form 6E) (12/07) - Cont.

In re  **R Star Restaurants, Inc.**                                          ,    Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Brielle J. Wiley** <br> **20131 Corona St** <br> **Corona, CA 92881** | - | | | | | | Unknown | Unknown | 0.00 |
| Account No. <br><br> **Brittany A. Garcia** <br> **23671 Cambridge Circle, Apt. 128** <br> **Laguna Niguel, CA 92677** | - | | | | | | Unknown | Unknown | 0.00 |
| Account No. <br><br> **Brittany A. Holmes** <br> **5170 Melbourne** <br> **Riverside, CA 92508** | - | | | | | | Unknown | Unknown | 0.00 |
| Account No. <br><br> **Brittany L. Hill** <br> **14655 Red Hill** <br> **Tustin, CA 92780** | - | | | | | | Unknown | Unknown | 0.00 |
| Account No. <br><br> **Brittany N. Anascavage** <br> **15177 Lincoln St, #G2** <br> **Lake Elsinore, CA 92530** | - | | | | | | Unknown | Unknown | 0.00 |

Sheet **9** of **74** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal <br> (Total of this page) | 0.00 <br> 0.00 | | 0.00 |
|---|---|---|---|---|

B6E (Official Form 6E) (12/07) - Cont.

In re   **R Star Restaurants, Inc.**                                                  ,        Case No. _____
                                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Brittney C. Santos** <br> **5019 Dunrobin Ave** <br> **Lakewood, CA 90713** | - | | | | | | Unknown <br><br> Unknown | **Unknown** <br><br> **0.00** |
| Account No. <br><br> **Brittney R. Davis** <br> **18182 Norwood Park Pl** <br> **Tustin, CA 92780** | - | | | | | | Unknown <br><br> Unknown | **Unknown** <br><br> **0.00** |
| Account No. <br><br> **Brooke A. Duarte** <br> **12762 Panorama View** <br> **Santa Ana, CA 92705** | - | | | | | | Unknown <br><br> Unknown | **Unknown** <br><br> **0.00** |
| Account No. <br><br> **Byron Garzona** <br> **509 W. Limited Ave, Apt A** <br> **Lake Elsinore, CA 92530** | - | | | | | | Unknown <br><br> Unknown | **Unknown** <br><br> **0.00** |
| Account No. <br><br> **Cameron N. Peronto** <br> **2000 Park Ave., Apt 28** <br> **Long Beach, CA 90815** | - | | | | | | Unknown <br><br> Unknown | **Unknown** <br><br> **0.00** |

Sheet **10** of **74** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | **0.00** | |
| (Total of this page) | **0.00** | **0.00** |

B6E (Official Form 6E) (12/07) - Cont.

In re   **R Star Restaurants, Inc.**                                      Case No. _____
                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY — AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Candelario Rodriguez** <br> **207 S. Orange Ave, Apt. #206** <br> **Santa Ana, CA 92701** | - | | | | | | Unknown <br><br> Unknown | Unknown <br><br> 0.00 |
| Account No. <br><br> **Cari A. McKnight** <br> **31735 Riverside Dr** <br> **Lake Elsinore, CA 92532** | - | | | | | | Unknown <br><br> Unknown | Unknown <br><br> 0.00 |
| Account No. <br><br> **Carlos C. Alvarez** <br> **509 W. Limite Ave, Apt A** <br> **Lake Elsinore, CA 92530** | - | | | | | | Unknown <br><br> Unknown | Unknown <br><br> 0.00 |
| Account No. <br><br> **Carlos Rojas** <br> **1620 Berrywood, #B** <br> **Corona, CA 92882** | - | | | | | | Unknown <br><br> Unknown | Unknown <br><br> 0.00 |
| Account No. <br><br> **Caroline A. Heyer** <br> **9 Ceramica** <br> **RanchoSantaMargarita, CA 92688** | - | | | | | | Unknown <br><br> Unknown | Unknown <br><br> 0.00 |

Sheet __11__ of __74__ continuation sheets attached to           Subtotal           0.00
Schedule of Creditors Holding Unsecured Priority Claims    (Total of this page)    0.00        0.00

B6E (Official Form 6E) (12/07) - Cont.

In re    **R Star Restaurants, Inc.**                                    ,    Case No. _____
                           Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Casey G. Oberg** <br> **8551 True Ave.** <br> **Pico Rivera, CA 90660** | - | | | | | | Unknown <br><br> Unknown | | 0.00 |
| Account No. <br><br> **Cassandra D. Hailey** <br> **3071 Pansy Cir** <br> **Corona, CA 92881** | - | | | | | | Unknown <br><br> Unknown | | 0.00 |
| Account No. <br><br> **Cassandra N. Grageda** <br> **5146 Carita St** <br> **Long Beach, CA 90808** | - | | | | | | Unknown <br><br> Unknown | | 0.00 |
| Account No. <br><br> **Chelsea R. Sorensen** <br> **3031 Cheetah Cir** <br> **Corona, CA 92882** | - | | | | | | Unknown <br><br> Unknown | | 0.00 |
| Account No. <br><br> **Chenae R. Dahlstrom** <br> **17045 Medallion, # 22** <br> **Tustin, CA 92780** | - | | | | | | Unknown <br><br> Unknown | | 0.00 |

Sheet __12__ of __74__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 0.00 | 0.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re  **R Star Restaurants, Inc.** _____,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Chris E. Billings** <br> **25454 Navajo Dr.** <br> **Lake Forest, CA 92630** | - | | | | | | Unknown <br><br> **Unknown** | **Unknown** <br><br> **0.00** |
| Account No. <br><br> **Christina K. Tsacoumangos** <br> **24141 Adonis St** <br> **Mission Viejo, CA 92691** | - | | | | | | Unknown <br><br> **Unknown** | **Unknown** <br><br> **0.00** |
| Account No. <br><br> **Christina S. Lawrence** <br> **7051 E. Aivlis** <br> **Long Beach, CA 90815** | - | | | | | | Unknown <br><br> **Unknown** | **Unknown** <br><br> **0.00** |
| Account No. <br><br> **Christine M. Duckworth** <br> **23243 Canyon Lake Dr** <br> **Canyon Lake, CA 92587** | - | | | | | | Unknown <br><br> **Unknown** | **Unknown** <br><br> **0.00** |
| Account No. <br><br> **Christopher A. McDonald** <br> **23151 Guinea St** <br> **Lake Forest, CA 92630** | - | | | | | | Unknown <br><br> **Unknown** | **Unknown** <br><br> **0.00** |

Sheet __13__ of __74__ continuation sheets attached to          Subtotal                      **0.00**
Schedule of Creditors Holding Unsecured Priority Claims     (Total of this page)     **0.00**     **0.00**

B6E (Official Form 6E) (12/07) - Cont.

In re    **R Star Restaurants, Inc.**                                           Case No. _____
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Christopher R. Murry** <br> **13692 Buckskin Trail** <br> **Corona, CA 92883** | - | | | | | | Unknown <br><br> Unknown | Unknown <br><br> 0.00 |
| Account No. <br><br> **Christopher S. Winsor** <br> **28442 Botorrita** <br> **Mission Viejo, CA 92692** | - | | | | | | Unknown <br><br> Unknown | Unknown <br><br> 0.00 |
| Account No. <br><br> **Christy R. Ellis** <br> **4121 Hathaway Ave., #1** <br> **Long Beach, CA 90815** | - | | | | | | Unknown <br><br> Unknown | Unknown <br><br> 0.00 |
| Account No. <br><br> **Ciera T. Phenicie** <br> **205 Greengate St** <br> **Corona, CA 92879** | - | | | | | | Unknown <br><br> Unknown | Unknown <br><br> 0.00 |
| Account No. <br><br> **Clarnetta E. Madden** <br> **15166 Grand Ave, Apt #1** <br> **Lake Elsinore, CA 92530** | - | | | | | | Unknown <br><br> Unknown | Unknown <br><br> 0.00 |

Sheet __14__ of __74__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 0.00 | |
| 0.00 | 0.00 |

B6E (Official Form 6E) (12/07) - Cont.

In re **R Star Restaurants, Inc.** _____ ,    Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. Claudio Lopez 1130 Circle City Corona, CA 92879 | - | | | | | | Unknown Unknown | Unknown | 0.00 |
| Account No. Constance R. Frick 25496 Morningstar Rd Lake Forest, CA 92630 | - | | | | | | Unknown Unknown | Unknown | 0.00 |
| Account No. Cristian Varguez 1514 Cherry Ave Long Beach, CA 90813 | - | | | | | | Unknown Unknown | Unknown | 0.00 |
| Account No. Cynthia E. Reagan 30223 Longhorn Dr Canyon Lake, CA 92587 | - | | | | | | Unknown Unknown | Unknown | 0.00 |
| Account No. Dana K. Coolbaugh 34283 Lupine Ct Lake Elsinore, CA 92532 | - | | | | | | Unknown Unknown | Unknown | 0.00 |

Sheet __15__ of __74__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page) | 0.00 | 0.00 | 0.00

B6E (Official Form 6E) (12/07) - Cont.

In re   **R Star Restaurants, Inc.**                                         ,   Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Daniel A. Contrcras** <br> **471 E. Rancho Rd** <br> **Corona, CA 92879** | - | | | | | | Unknown <br><br> Unknown | Unknown <br><br> 0.00 |
| Account No. <br><br> **Daniel Arevalo Garcia** <br> **32150 Machado St** <br> **Lake Elsinore, CA 92530** | - | | | | | | Unknown <br><br> Unknown | Unknown <br><br> 0.00 |
| Account No. <br><br> **Danielle M. McCourt** <br> **13202 Sussex Pl** <br> **Tustin, CA 92705** | - | | | | | | Unknown <br><br> Unknown | Unknown <br><br> 0.00 |
| Account No. <br><br> **David J. Hettinger** <br> **12340 Wildflower Ln** <br> **Riverside, CA 92503** | - | | | | | | Unknown <br><br> Unknown | Unknown <br><br> 0.00 |
| Account No. <br><br> **David Martinez** <br> **1602 Nisson Rd, Apt. L-3** <br> **Tustin, CA 92780** | - | | | | | | Unknown <br><br> Unknown | Unknown <br><br> 0.00 |

Sheet __16__ of __74__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 0.00 | 0.00 |

B6E (Official Form 6E) (12/07) - Cont.

In re **R Star Restaurants, Inc.**                                    Case No. _____
                                 Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | Unknown |
| David P. Woods 606 Simplicity Irvine, CA 92620 | - | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | Unknown |
| Dawn D. Ayers 8355 Plainview St Riverside, CA 92508 | - | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | Unknown |
| Deborah D. Kalic 22159 Crusader Pl Canyon Lake, CA 92587 | - | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | Unknown |
| Dena Bradshaw 17568 Jefferson Huntington Beach, CA 92647 | - | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | Unknown |
| Denai E. Rosen 2580 Mangular Corona, CA 92882 | - | | | | | | Unknown | 0.00 |

Sheet __17__ of __74__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)     0.00     0.00     0.00

B6E (Official Form 6E) (12/07) - Cont.

In re    **R Star Restaurants, Inc.**
_____,    Case No. _____
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. | | | | | | | | | |
| Desiree C. Mahler 2130 W. Crescent, #2158 Anaheim, CA 92801 | - | | | | | | | Unknown | Unknown |
| | | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | | |
| Desiree J. Giffard 2501 East 10th St., Apt. A Long Beach, CA 90804 | - | | | | | | | Unknown | Unknown |
| | | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | | |
| Desiree M. Hernandez 4129 Iroquois Ave. Long Beach, CA 90804 | - | | | | | | | Unknown | Unknown |
| | | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | | |
| Devin I. Farquhar 2862 Brimhall Dr. Rossmoor, CA 90720 | - | | | | | | | Unknown | Unknown |
| | | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | | |
| Dionicio Rayo 12512 Morningstar, Apt #6 Garden Grove, CA 92843 | - | | | | | | | Unknown | Unknown |
| | | | | | | | | Unknown | 0.00 |

Sheet **18** of **74** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | |
|---|---|---|---|
| | | 0.00 | 0.00 |

B6E (Official Form 6E) (12/07) - Cont.

In re  **R Star Restaurants, Inc.**
_____,     Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Domingo Herrera** **14171 Debusk** **Tustin, CA 92780** | - | | | | | | Unknown / Unknown | Unknown / 0.00 |
| Account No. **Eder G. Ortiz** **823 Parton, #3** **Santa Ana, CA 92701** | - | | | | | | Unknown / Unknown | Unknown / 0.00 |
| Account No. **Edna Lopez** **1106 W. Mantle Ln, Apt #D** **Santa Ana, CA 92705** | - | | | | | | Unknown / Unknown | Unknown / 0.00 |
| Account No. **Eduardo Iglesias** **445 Daisy Ave** **Long Beach, CA 90802** | - | | | | | | Unknown / Unknown | Unknown / 0.00 |
| Account No. **Edwin Gibson** **974 Silvercreek Rd** **Corona, CA 92882** | - | | | | | | Unknown / Unknown | Unknown / 0.00 |

Sheet __19__ of __74__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)            0.00

0.00
0.00 / 0.00

B6E (Official Form 6E) (12/07) - Cont.

In re  **R Star Restaurants, Inc.**                                                      ,                Case No. _____
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | | |
| Account No. Elaine G. Katzelis 14 Briercliff Dove Canyon, CA 92679 | | - | | | | | | Unknown / Unknown | Unknown | 0.00 |
| Account No. Elisa A. Abarta 25541 Sawmill Ln Lake Forest, CA 92630 | | - | | | | | | Unknown / Unknown | Unknown | 0.00 |
| Account No. Elizabeth A. Goodwin 12772 Chase St. Garden Grove, CA 92845 | | - | | | | | | Unknown / Unknown | Unknown | 0.00 |
| Account No. Elizabeth Maldonado 806 S. Broadway Santa Ana, CA 92701 | | - | | | | | | Unknown / Unknown | Unknown | 0.00 |
| Account No. Epifanio Hernandez 1130 Circle City Corona, CA 92879 | | - | | | | | | Unknown / Unknown | Unknown | 0.00 |

Sheet **20** of **74** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | Subtotal | Amount Not | Amount |
|---|---|---|---|
| Subtotal (Total of this page) | 0.00 | 0.00 | 0.00 |
| | | | 0.00 |

B6E (Official Form 6E) (12/07) - Cont.

In re  **R Star Restaurants, Inc.**                                                              ,  Case No. _____
                                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.  Eric J. Kennedy 19600 Blacksmith Path Corona, CA 92881 | - | | | | | | Unknown / Unknown | Unknown / 0.00 |
| Account No.  Erika Munoz 443 Orange Ave, Apt #15 Long Beach, CA 90802 | - | | | | | | Unknown / Unknown | Unknown / 0.00 |
| Account No.  Erin D. DeBrita 17972 Huntington Circle Villa Park, CA 92861 | - | | | | | | Unknown / Unknown | Unknown / 0.00 |
| Account No.  Erin K. Muniga 24771 Crown Royale Laguna Niguel, CA 92677 | - | | | | | | Unknown / Unknown | Unknown / 0.00 |
| Account No.  Erin M. Mattson 15057 Zieglinde Dr Lake Elsinore, CA 92530 | - | | | | | | Unknown / Unknown | Unknown / 0.00 |

Sheet __21__ of __74__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | 0.00 | 0.00 / 0.00 |

B6E (Official Form 6E) (12/07) - Cont.

In re    **R Star Restaurants, Inc.** _____ ,    Case No. _____

Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY — AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Ernesto Argemiro Martinez** <br> **1123 S. Clarence St** <br> **Anaheim, CA 92806** | - | | | | | | Unknown <br><br> Unknown | Unknown <br><br> 0.00 |
| Account No. <br><br> **Evaristo Martinez** <br> **1305 S. Wood** <br> **Santa Ana, CA 92704** | - | | | | | | Unknown <br><br> Unknown | Unknown <br><br> 0.00 |
| Account No. <br><br> **Fernando Sepulveda** <br> **1322 Dawson Ave** <br> **Long Beach, CA 90804** | - | | | | | | Unknown <br><br> Unknown | Unknown <br><br> 0.00 |
| Account No. <br><br> **Francisco Estrada** <br> **1121 S. Arapaho** <br> **Santa Ana, CA 92704** | - | | | | | | Unknown <br><br> Unknown | Unknown <br><br> 0.00 |
| Account No. <br><br> **Francisco Marcial** <br> **23248 Orange Ave, #6** <br> **Lake ForestCA   92630** | - | | | | | | Unknown <br><br> Unknown | Unknown <br><br> 0.00 |

Sheet __22__ of __74__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)    0.00

| | |
|---|---|
| 0.00 | |
| 0.00 | 0.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

B6E (Official Form 6E) (12/07) - Cont.

In re    **R Star Restaurants, Inc.**                                    Case No. _____
                                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Frankie E. Torres** <br> **1650 Via Pacifica, #104** <br> **Corona, CA 92882** | | - | | | | | Unknown <br><br> **Unknown** | **Unknown** <br><br> **0.00** |
| Account No. <br><br> **Fredi Lopez** <br> **1007 W. Myrtle** <br> **Santa Ana, CA 92703** | | - | | | | | Unknown <br><br> **Unknown** | **Unknown** <br><br> **0.00** |
| Account No. <br><br> **Gabino Gonzalez** <br> **1038 Orange Ave** <br> **Long Beach, CA 90813** | | - | | | | | Unknown <br><br> **Unknown** | **Unknown** <br><br> **0.00** |
| Account No. <br><br> **Gabriella M. Venturo** <br> **30671 Pier Point Cir** <br> **Menifee, CA 92584** | | - | | | | | Unknown <br><br> **Unknown** | **Unknown** <br><br> **0.00** |
| Account No. <br><br> **Garr A. Persson** <br> **18061 Lassen Dr.** <br> **Santa Ana, CA 92705** | | - | | | | | Unknown <br><br> **Unknown** | **Unknown** <br><br> **0.00** |

Sheet __23__ of __74__ continuation sheets attached to                     Subtotal                     **0.00**
Schedule of Creditors Holding Unsecured Priority Claims          (Total of this page)          **0.00**          **0.00**

B6E (Official Form 6E) (12/07) - Cont.

In re   **R Star Restaurants, Inc.**                                        ,   Case No. _____
                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Geraldine Escovar**<br>**29875 Kratka Ridge Ln**<br>**Sun City, CA 92586** | - | | | | | | Unknown<br><br>Unknown | Unknown<br><br>0.00 |
| Account No.<br><br>**Geraldine J. Volk**<br>**27145 Tossamar**<br>**Mission Viejo, CA 92692** | - | | | | | | Unknown<br><br>Unknown | Unknown<br><br>0.00 |
| Account No.<br><br>**Gerardo M. Martinez**<br>**662 W. Main St,  #C**<br>**Tustin, CA 92780** | - | | | | | | Unknown<br><br>Unknown | Unknown<br><br>0.00 |
| Account No.<br><br>**Gerardo R. Perez**<br>**5525 Pacific Coast Hwy**<br>**Long Beach, CA 90804** | - | | | | | | Unknown<br><br>Unknown | Unknown<br><br>0.00 |
| Account No.<br><br>**Giron J. Francisco**<br>**10602 Bonner St, #21**<br>**Riverside, CA 92505** | - | | | | | | Unknown<br><br>Unknown | Unknown<br><br>0.00 |

Sheet __24__ of __74__ continuation sheets attached to        Subtotal                    0.00
Schedule of Creditors Holding Unsecured Priority Claims        (Total of this page)    0.00        0.00

B6E (Official Form 6E) (12/07) - Cont.

In re **R Star Restaurants, Inc.** _____,    Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community — H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. Glen M. Soxman 13792 Malena Dr. Tustin, CA 92780 | - | | | | | | Unknown Unknown | Unknown 0.00 |
| Account No. Gregg Harris Rotcher 22484 Amber Eve Dr Corona, CA 92883 | - | | | | | | Unknown Unknown | Unknown 0.00 |
| Account No. Gumercindo Vargaz Rico 429 S. Ross St. Santa Ana, CA 92701 | - | | | | | | Unknown Unknown | Unknown 0.00 |
| Account No. Hannah A. Newmaster 3372 Redport Dr Corona, CA 92881 | - | | | | | | Unknown Unknown | Unknown 0.00 |
| Account No. Heather L. Bentley 6977 Cottonwood Cir. Corona, CA 92882 | - | | | | | | Unknown Unknown | Unknown 0.00 |

Sheet **25** of **74** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal: 0.00
(Total of this page): 0.00    0.00

B6E (Official Form 6E) (12/07) - Cont.

In re   **R Star Restaurants, Inc.**                                           ,   Case No. _____
                                         Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Hector Maldonado 1430 Richland Ave Santa AnaCA  92703 | - | | | | | | Unknown | Unknown | 0.00 |
| Account No. | | | | | | | | | |
| Hermelindo Ojeda 26356 Vintage Woods Rd, #16J Lake Forest, CA 92630 | - | | | | | | Unknown | Unknown | 0.00 |
| Account No. | | | | | | | | | |
| Howard J. Finona 26921 Fort Apache Circle Lake Forest, CA 92630 | - | | | | | | Unknown | Unknown | 0.00 |
| Account No. | | | | | | | | | |
| Ian J. Linzy 2017 Barclay Ct Santa Ana, CA 92701 | - | | | | | | Unknown | Unknown | 0.00 |
| Account No. | | | | | | | | | |
| Ivan Gonzalez 24 Bella Lucia Lake Elsinore, CA 92532 | - | | | | | | Unknown | Unknown | 0.00 |

Sheet __26__ of __74__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 0.00 | 0.00 |

B6E (Official Form 6E) (12/07) - Cont.

In re  **R Star Restaurants, Inc.** _____ ,     Case No. _____
                            Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY — AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Jacqueline M. Aguirre** <br> **6214 E. Monita St** <br> **Long Beach, CA 90803** | - | | | | | | Unknown <br><br> Unknown | Unknown <br><br> 0.00 |
| Account No. <br><br> **Jacqueline N. Roman** <br> **12439 Gradwell St.** <br> **Lakewood, CA 90715** | - | | | | | | Unknown <br><br> Unknown | Unknown <br><br> 0.00 |
| Account No. <br><br> **Jacqueline R. Santos** <br> **4118 Nipomo Ave.** <br> **Lakewood, CA 90715** | - | | | | | | Unknown <br><br> Unknown | Unknown <br><br> 0.00 |
| Account No. <br><br> **Jaime De La Torra** <br> **11612 Teaberry Ct** <br> **Fontana, CA 92337** | - | | | | | | Unknown <br><br> Unknown | Unknown <br><br> 0.00 |
| Account No. <br><br> **James H. Dulac** <br> **1440 E. 52nd St** <br> **Long Beach, CA 90805** | - | | | | | | Unknown <br><br> Unknown | Unknown <br><br> 0.00 |

Sheet __27__ of __74__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 0.00 | 0.00 |

B6E (Official Form 6E) (12/07) - Cont.

In re  **R Star Restaurants, Inc.** _____ ,    Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

                                                            **Wages, salaries, and commissions**
                                                            _____
                                                                        TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Jamie L. Sarmiento** <br> **33122 Leeward Wy** <br> **Lake Elsinore, CA 92530** | - | | | | | | Unknown <br><br> Unknown | Unknown <br><br> 0.00 |
| Account No. <br><br> **Jamie N. Briner** <br> **26492 Mimosa Ln.** <br> **Mission Viejo, CA 92691** | - | | | | | | Unknown <br><br> Unknown | Unknown <br><br> 0.00 |
| Account No. <br><br> **Jasmine Damian** <br> **1881 Mitchell Ave., #104** <br> **Tustin, CA 92780** | - | | | | | | Unknown <br><br> Unknown | Unknown <br><br> 0.00 |
| Account No. <br><br> **Jasmine Moore** <br> **1761 Brookshire** <br> **Tustin, CA 92780** | - | | | | | | Unknown <br><br> Unknown | Unknown <br><br> 0.00 |
| Account No. <br><br> **Jason J. Mastromatteo** <br> **25391 Helena Cir** <br> **Mission Viejo, CA 92691** | - | | | | | | Unknown <br><br> Unknown | Unknown <br><br> 0.00 |

Sheet __28__ of __74__ continuation sheets attached to                  Subtotal                 0.00
Schedule of Creditors Holding Unsecured Priority Claims         (Total of this page)    0.00        0.00

B6E (Official Form 6E) (12/07) - Cont.

In re  **R Star Restaurants, Inc.**                                          ,          Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | Unknown |
| Jason J. Mellin 7841 Shaffer Circle, #4 Huntington Beach, CA 92648 | - | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | Unknown |
| Jeffrey M. Keller 16 Bunker Hill Irvine, CA 92620 | - | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | Unknown |
| Jenna Pavich 3500 Claremore Ave. Long Beach, CA 90808 | - | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | Unknown |
| Jennifer B. Smyj 659 Black Oak Cir Corona, CA 92881 | - | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | Unknown |
| Jennifer C. Rand 33223 Willow Tree Ln Wildomar, CA 92595 | - | | | | | | Unknown | 0.00 |

Sheet **29** of **74** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)   0.00 | 0.00 | 0.00

B6E (Official Form 6E) (12/07) - Cont.

In re   **R Star Restaurants, Inc.**                                              ,   Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Jennifer L. Elsner<br>39415 Aredenwood Wy<br>Lake Elsinore, CA 92532 | | - | | | | | Unknown<br><br>Unknown | Unknown<br><br>0.00 |
| Account No.<br><br>Jennifer S. Lutz<br>229 E. Parkridge Ave, Apt B<br>Corona, CA 92879 | | - | | | | | Unknown<br><br>Unknown | Unknown<br><br>0.00 |
| Account No.<br><br>Jenny A. Powers<br>1411 Toscanini Dr.<br>Rancho Palos Verdes, CA 90275 | | - | | | | | Unknown<br><br>Unknown | Unknown<br><br>0.00 |
| Account No.<br><br>Jeremy James Garwood<br>29346 Schooner Ln<br>Lake Elsinore, CA 92530 | | - | | | | | Unknown<br><br>Unknown | Unknown<br><br>0.00 |
| Account No.<br><br>Jeremy M. Alba<br>23922 Calle Hogar<br>Mission Viejo, CA 92619 | | - | | | | | Unknown<br><br>Unknown | Unknown<br><br>0.00 |

Sheet __30__ of __74__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00
(Total of this page) | 0.00 | 0.00

B6E (Official Form 6E) (12/07) - Cont.

In re   **R Star Restaurants, Inc.**                                              ,        Case No. _____
                                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Jesse M. Decker 8235 E. Loftwood Ln Orange, CA 92867 | | - | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| Jessica Cmela 13052 Wreath Pl Tustin, CA 92780 | | - | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| Jessica Ferrin 5545 Chatham Dr Riverside, CA 92506 | | - | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| Jessica L. Tolentino 2781 Carefree Wy Corona, CA 92880 | | - | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| Jessica R. Ellis 10 Via Amistosa, Apt C RanchoSantaMargarita, CA 92688 | | - | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |

Sheet __31__ of __74__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal | 0.00 |
(Total of this page) | 0.00 | 0.00 |

B6E (Official Form 6E) (12/07) - Cont.

In re   **R Star Restaurants, Inc.**                                      ,        Case No. _____
                                        Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Jessie T. Shaw 12651 Shasta Wy Santa Ana, CA 92705 | | - | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| Jessyca DeDeaux 16343 Grand Ave, Apt #10 Lake Elsinore, CA 92530 | | - | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| Jesus Balmaseda 3761 Harvill Ln, #6 Riverside, CA 92503 | | - | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| Jill M. Thomas 8613 Rolling Hills Dr Corona, CA 92883 | | - | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| Joel P. Marlow 4183 Inca Pl Riverside, CA 92505 | | - | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |

Sheet __32__ of __74__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)

| | |
|---|---|
| 0.00 | |
| 0.00 | 0.00 |

B6E (Official Form 6E) (12/07) - Cont.

In re  **R Star Restaurants, Inc.** _____ ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> John V. Piraino <br> 9928 Rose St. <br> Bellflower, CA 90706 | - | | | | | | Unknown <br><br> Unknown | Unknown <br><br> 0.00 |
| Account No. <br><br> Jonathan Laverde <br> 24191 Delphi St <br> Mission Viejo, CA 92691 | - | | | | | | Unknown <br><br> Unknown | Unknown <br><br> 0.00 |
| Account No. <br><br> Jordan A. Helm <br> 1802 Garretson Ave <br> Corona, CA 92879 | - | | | | | | Unknown <br><br> Unknown | Unknown <br><br> 0.00 |
| Account No. <br><br> Jordan Gerald Kink <br> 4900 Castana Ave, Apt #4 <br> Lakewood, CA 90712 | - | | | | | | Unknown <br><br> Unknown | Unknown <br><br> 0.00 |
| Account No. <br><br> Jose Benitez <br> 1229 W. 6th St <br> Corona, CA 92882 | - | | | | | | Unknown <br><br> Unknown | Unknown <br><br> 0.00 |

Sheet  _33_  of  _74_   continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 0.00 | 0.00 |

B6E (Official Form 6E) (12/07) - Cont.

In re  **R Star Restaurants, Inc.** _____ ,  Case No. _____
                            Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Jose Espinosa 605 Walnut Walnut, CA 90802 | - | | | | | | | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| Jose Garcia 779 Ganilap, #103 Corona, CA 92879 | - | | | | | | | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| Jose Hernandez 220 S. A St. Perris, CA 92576 | - | | | | | | | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| Jose L. Alvinez 23151 Tulip St Lake Forest, CA 92630 | - | | | | | | | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| Jose Luis Urrea Romona Corona, CA 92879 | - | | | | | | | Unknown |
| | | | | | | | Unknown | 0.00 |

Sheet __34__ of __74__ continuation sheets attached to            Subtotal            0.00
Schedule of Creditors Holding Unsecured Priority Claims      (Total of this page)      0.00          0.00

B6E (Official Form 6E) (12/07) - Cont.

In re **R Star Restaurants, Inc.** _____ ,    Case No. _____
                                        Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Jose M. Magana Chaplain St Morena Valley   92557 | - | | | | | | | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| Josh A. Cantillo 2790 N. Gaff St Orange, CA 92865 | - | | | | | | | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| Josh L. Sedgwick 12350 Del Amo Blvd., #2510 Lakewood, CA 90715 | - | | | | | | | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| Joshua T. Hogstrom 22375 Hayworth Ct Corona, CA 92883 | - | | | | | | | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| Joyce Gemayel 1230 Londonderry Costa Mesa, CA 92626 | - | | | | | | | Unknown |
| | | | | | | | Unknown | 0.00 |

Sheet __35__ of __74__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | 0.00 |
|---|---|---|---|
| | | 0.00 | 0.00 |

B6E (Official Form 6E) (12/07) - Cont.

In re   **R Star Restaurants, Inc.** _____,   Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Juan C. Perez-Ramirez**<br>**21004 Canyon Ridge Dr**<br>**Lake Elsinore, CA 92532** | - | | | | | | Unknown<br><br>Unknown | Unknown<br><br>0.00 |
| Account No.<br><br>**Juan Cruz**<br>**24513 Los Alisos Blvd, Apt. #15**<br>**Laguna Hills, CA 92653** | - | | | | | | Unknown<br><br>Unknown | Unknown<br><br>0.00 |
| Account No.<br><br>**Juan Francisco Rodriguez**<br>**429 S. Ross St.**<br>**Santa Ana, CA 92701** | - | | | | | | Unknown<br><br>Unknown | Unknown<br><br>0.00 |
| Account No.<br><br>**Juan P. Lopez**<br>**23333 Ridge Route, #141**<br>**Lake Forest, CA 92630** | - | | | | | | Unknown<br><br>Unknown | Unknown<br><br>0.00 |
| Account No.<br><br>**Juan Vela**<br>**3550 Candlewood St**<br>**Corona, CA 92879** | - | | | | | | Unknown<br><br>Unknown | Unknown<br><br>0.00 |

Sheet __36__ of __74__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 0.00 | 0.00 |

B6E (Official Form 6E) (12/07) - Cont.

In re  **R Star Restaurants, Inc.** _____ ,    Case No. _____
                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Julio Lopez 201 E. Prospect Lake Elsinore, CA 92530 | - | | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| Juvencio Rodriguez 2041 W. Oak Ave Fullerton, CA 92833 | - | | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| Kaily Rasmussen 58 Carson Irvine, CA 92620 | - | | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| Kaitlin K. Ensign 15023 Vista View Lake Elsinore, CA 92530 | - | | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| Kallie L. Lusk 33291 Mackay Dr Lake Elsinore, CA 92530 | - | | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |

Sheet __37__ of __74__ continuation sheets attached to          Subtotal                | 0.00 |
Schedule of Creditors Holding Unsecured Priority Claims      (Total of this page)   0.00   | 0.00 |

B6E (Official Form 6E) (12/07) - Cont.

In re  **R Star Restaurants, Inc.**                                                          ,          Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Kandace M. Aragon<br>412 Selkirk Dr<br>Corona, CA 92881 | - | | | | | | Unknown<br><br>Unknown | Unknown<br><br>0.00 |
| Account No.<br><br>Kandice Gravatt<br>23 Greenvale<br>RanchoSantaMargarita, CA 92688 | - | | | | | | Unknown<br><br>Unknown | Unknown<br><br>0.00 |
| Account No.<br><br>Karin B. Munden<br>24901 Buttercup<br>Laguna Niguel, CA 92677 | - | | | | | | Unknown<br><br>Unknown | Unknown<br><br>0.00 |
| Account No.<br><br>Karly M. Wegner<br>25841 Elderbrook Ln<br>Laguna Hills, CA 92653 | - | | | | | | Unknown<br><br>Unknown | Unknown<br><br>0.00 |
| Account No.<br><br>Katharine N. Heinlein<br>18031 Balfern Ave.<br>Bellflower, CA 90706 | - | | | | | | Unknown<br><br>Unknown | Unknown<br><br>0.00 |

Sheet __38__ of __74__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 0.00 | 0.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **R Star Restaurants, Inc.**                                        ,   Case No. _____
                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Katherine J. Walker <br> 2535 E. Jackson Ave. <br> Orange, CA 92867 | - | | | | | | Unknown <br><br> Unknown | Unknown <br><br> 0.00 |
| Account No. <br><br> Katie B. Beazley <br> 13462 Roane Circle <br> Tustin, CA 92780 | - | | | | | | Unknown <br><br> Unknown | Unknown <br><br> 0.00 |
| Account No. <br><br> Katie N. Roza <br> 26611 Fresno Dr <br> Mission Viejo, CA 92691 | - | | | | | | Unknown <br><br> Unknown | Unknown <br><br> 0.00 |
| Account No. <br><br> Katlin N. Nordland <br> 16840 Holbrow Ave <br> Lake Elsinore, CA 92530 | - | | | | | | Unknown <br><br> Unknown | Unknown <br><br> 0.00 |
| Account No. <br><br> Kaylinka C. Osip <br> 22 Ponte Fiera <br> Lake Elsinore, CA 92532 | - | | | | | | Unknown <br><br> Unknown | Unknown <br><br> 0.00 |

Sheet __39__ of __74__ continuation sheets attached to                     Subtotal                    | 0.00 |
Schedule of Creditors Holding Unsecured Priority Claims        (Total of this page)        0.00        | 0.00 |

B6E (Official Form 6E) (12/07) - Cont.

In re  **R Star Restaurants, Inc.**                                                    ,     Case No. _____
                                                            Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Kelli Ann Atcheson 13032 Ranchwood Rd. Tustin, CA 92782 | - | | | | | | | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| Kelly A. Gonderman 14813 Harvest Ave. Norwalk, CA 90650 | - | | | | | | | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| Kelsey P. Jordan 14882 Braeburn Rd Tustin, CA 92780 | - | | | | | | | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| Kelsey R. Wood 14 Crockett Irvine, CA 92620 | - | | | | | | | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| Kendra L. Scoville 30033 Audelo Lake Elsinore, CA 92530 | - | | | | | | | Unknown |
| | | | | | | | Unknown | 0.00 |

Sheet __40__ of __74__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal (Total of this page) | 0.00 | 0.00 |
|---|---|---|---|
| | | **0.00** | **0.00** |

B6E (Official Form 6E) (12/07) - Cont.

In re  **R Star Restaurants, Inc.** _____ ,  Case No. _____

                                      Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY — AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Kiandokht Rabbani** <br> **22425 Woodgrove Rd** <br> **Lake Forest, CA 92630** | - | | | | | | Unknown <br><br> Unknown | Unknown <br><br> 0.00 |
| Account No. <br><br> **Kim C. Dilullo** <br> **19251 Sleeping Oak Dr** <br> **Trabuco Canyon, CA 92679** | - | | | | | | Unknown <br><br> Unknown | Unknown <br><br> 0.00 |
| Account No. <br><br> **Kim White** <br> **45037 Bronze Star Rd** <br> **Lake Elsinore, CA 92532** | - | | | | | | Unknown <br><br> Unknown | Unknown <br><br> 0.00 |
| Account No. <br><br> **Kimberly A. Couch** <br> **1267 Old Hickory Rd** <br> **Corona, CA 92882** | - | | | | | | Unknown <br><br> Unknown | Unknown <br><br> 0.00 |
| Account No. <br><br> **Kimberly M. Kinsley** <br> **27520 Coyote Cir** <br> **Quail Valley, CA 92587** | - | | | | | | Unknown <br><br> Unknown | Unknown <br><br> 0.00 |

Sheet __41__ of __74__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)        0.00

0.00

0.00

B6E (Official Form 6E) (12/07) - Cont.

In re **R Star Restaurants, Inc.** _____ ,   Case No. _____

Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | | |
| Account No. Kristen M. Corwin 13038 Ardis Ave. Downey, CA 90242 | - | | | | | | | Unknown Unknown | Unknown | 0.00 |
| Account No. Kristi J. Morita 2165 Del Mar Rd Norco, CA 92860 | - | | | | | | | Unknown Unknown | Unknown | 0.00 |
| Account No. Kristie M. Lee 2076 W. Ontario Ave Corona, CA 92882 | - | | | | | | | Unknown Unknown | Unknown | 0.00 |
| Account No. Kristin E. Bryeans 5428 Adele Ave. Whittier, CA 90601 | - | | | | | | | Unknown Unknown | Unknown | 0.00 |
| Account No. Kristlyn J. Colucci 2424 N. Tustin Ave, Apt P6 Santa Ana, CA 92705 | - | | | | | | | Unknown Unknown | Unknown | 0.00 |

Sheet __42__ of __74__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 0.00 | 0.00 |

B6E (Official Form 6E) (12/07) - Cont.

In re    **R Star Restaurants, Inc.**                                    Case No. _____
                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Krystle M. Ball 1300 E. Fairhaven Ave, Apt #32 Santa Ana, CA 92705 | - | | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| Kyle Hollandsworth 53214 Iceberg St Lake Elsinore, CA 92532 | - | | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| Kyle J. Taylor 35413 Coyote Creek Ct Lake Elsinore, CA 92532 | - | | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| Lady Diana Davalos 23791 La Rosa Dr Lake Forest, CA 92630 | - | | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| Laura J. Thomas 54 Lewis Irvine, CA 92620 | - | | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |

Sheet __43__ of __74__ continuation sheets attached to            Subtotal            0.00
Schedule of Creditors Holding Unsecured Priority Claims     (Total of this page)    0.00    0.00

B6E (Official Form 6E) (12/07) - Cont.

In re    **R Star Restaurants, Inc.**                              ,    Case No. _____
                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. Laura L. Herrera 24 Via Cordoba RanchoSantaMargarita, CA 92688 | - | | | | | | Unknown / Unknown | Unknown / 0.00 |
| Account No. Lauren A. Couden 30610 Early Round Dr Canyon Lake, CA 92587 | - | | | | | | Unknown / Unknown | Unknown / 0.00 |
| Account No. Lauren K. Driscoll 13056 Rich Spring Wy Corona, CA 92883 | - | | | | | | Unknown / Unknown | Unknown / 0.00 |
| Account No. Lauren T. Carlson 13911 Berrington Ct Santa Ana, CA 92705 | - | | | | | | Unknown / Unknown | Unknown / 0.00 |
| Account No. Leah D. Robinson 3024 Knoxville Ave. Long Beach, CA 90808 | - | | | | | | Unknown / Unknown | Unknown / 0.00 |

Sheet __44__ of __74__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal (Total of this page) | 0.00 / 0.00 | 0.00 |
|---|---|---|---|

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com

Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **R Star Restaurants, Inc.**                                                            Case No. _____
                                                                  ,
                                        **Debtor**

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Leah R. Fry 9925 Rose St. Bellflower, CA 90706 | - | | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| Lindsey M. Barger 1984 Old Carson Cr. Corona, CA 92883 | - | | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| Lindsey R. Sharp 29955 Redwood Dr Canyon Lake, CA 92587 | - | | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| Luis Enrique Maldonado 1430 Richland Ave Santa Ana, CA 92703 | - | | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| Luis Miguel Esparza 1322 Dawson Ave Long Beach, CA 90804 | - | | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |

Sheet **45** of **74** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | 0.00 |
|---|---|---|---|
| | | 0.00 | 0.00 |

B6E (Official Form 6E) (12/07) - Cont.

In re    **R Star Restaurants, Inc.** _____,    Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Luis Octamendez** <br> **24513 Los Alisos Blvd** <br> **Aliso Viejo, CA 92653** | - | | | | | | **Unknown** | **Unknown** <br> 0.00 |
| Account No. <br><br> **Madison L. White** <br> **17541 Linda Ln.** <br> **Tustin, CA 92780** | - | | | | | | **Unknown** | **Unknown** <br> 0.00 |
| Account No. <br><br> **Manuel Sanchez** <br> **1229 W. 6th St, #64** <br> **Corona, CA 92882** | - | | | | | | **Unknown** | **Unknown** <br> 0.00 |
| Account No. <br><br> **Marcie R. Nordman** <br> **666 Woodcrest Dr, #A** <br> **Lake Elsinore, CA 92530** | - | | | | | | **Unknown** | **Unknown** <br> 0.00 |
| Account No. <br><br> **Marcos Cortez** <br> **31600 Boulder Vista Dr** <br> **Lake Elsinore, CA 92530** | - | | | | | | **Unknown** | **Unknown** <br> 0.00 |

Sheet __46__ of __74__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 0.00 | 0.00 |

B6E (Official Form 6E) (12/07) - Cont.

In re **R Star Restaurants, Inc.** , Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Margaret C. Anderson <br> 9701 Grahm St., #5 <br> Cypress, CA 90630 | | - | | | | | Unknown | Unknown | 0.00 |
| Account No. <br><br> Maria F. Hernandez <br> 26302 Los Viveros <br> Mission Viejo, CA 92691 | | - | | | | | Unknown | Unknown | 0.00 |
| Account No. <br><br> Maria K. Andara <br> 21904 Montagu <br> Mission Viejo, CA 92691 | | - | | | | | Unknown | Unknown | 0.00 |
| Account No. <br><br> Maria Martinez <br> 919 S. Lyon, Apt. 2 <br> Santa Ana, CA 92705 | | - | | | | | Unknown | Unknown | 0.00 |
| Account No. <br><br> Marisa J. Horsley <br> 32973 Batson Ln <br> Wildomar, CA 92595 | | - | | | | | Unknown | Unknown | 0.00 |

Sheet __47__ of __74__ continuation sheets attached to | Subtotal | 0.00 | |
Schedule of Creditors Holding Unsecured Priority Claims | (Total of this page) | 0.00 | 0.00 |

B6E (Official Form 6E) (12/07) - Cont.

In re    **R Star Restaurants, Inc.** _____,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community H / W / J / C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Marissa DeLeon** <br> **2133 N. Olive** <br> **Santa Ana, CA 92706** | - | | | | | | Unknown | Unknown <br><br> 0.00 |
| Account No. <br><br> **Marlene L. Tyson** <br> **309 Robinhood Ln.** <br> **Costa Mesa, CA 92627** | - | | | | | | Unknown | Unknown <br><br> 0.00 |
| Account No. <br><br> **Martin Montes** <br> **1502 Durant St, Apt #201** <br> **Santa Ana, CA 92706** | - | | | | | | Unknown | Unknown <br><br> 0.00 |
| Account No. <br><br> **Marty J. Millman** <br> **221 Argonne Ave.** <br> **Long Beach, CA 90803** | - | | | | | | Unknown | Unknown <br><br> 0.00 |
| Account No. <br><br> **Mary E. Bellafaire** <br> **25312 Maximus** <br> **Mission Viejo, CA 92691** | - | | | | | | Unknown | Unknown <br><br> 0.00 |

Sheet __48__ of __74__ continuation sheets attached to                    Subtotal            0.00
Schedule of Creditors Holding Unsecured Priority Claims            (Total of this page)    0.00            0.00

B6E (Official Form 6E) (12/07) - Cont.

In re  **R Star Restaurants, Inc.**
                                                                          ,    Case No. _____
                                        Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Mary R. Doolan**<br>**24909 Madison Ave, Unit #2224**<br>**Murrieta, CA 92562** | - | | | | | | **Unknown**<br><br>**Unknown** | **Unknown** | **0.00** |
| Account No.<br><br>**Matthew J. Moe**<br>**12262 Rebecca Ln**<br>**Santa Ana, CA 92705** | - | | | | | | **Unknown**<br><br>**Unknown** | **Unknown** | **0.00** |
| Account No.<br><br>**Meagan K. Burnett**<br>**831 Moyano Cir.**<br>**Corona, CA 92882** | - | | | | | | **Unknown**<br><br>**Unknown** | **Unknown** | **0.00** |
| Account No.<br><br>**Megan C. Gulllotta**<br>**15882 Camo Bluff Ct**<br>**Fountain Valley, CA 92708** | - | | | | | | **Unknown**<br><br>**Unknown** | **Unknown** | **0.00** |
| Account No.<br><br>**Megan L. Geier**<br>**23782 Birch**<br>**Mission Viejo, CA 92691** | - | | | | | | **Unknown**<br><br>**Unknown** | **Unknown** | **0.00** |

Sheet __49__ of __74__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | **0.00** | |
|---|---|---|---|
| | (Total of this page) | **0.00** | **0.00** |

B6E (Official Form 6E) (12/07) - Cont.

In re  **R Star Restaurants, Inc.**  , Case No. _____
          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Megan L. Nihan <br> 24941 Hendson St <br> Laguna Hills, CA 92653 | | - | | | | | Unknown | Unknown | 0.00 |
| Account No. <br><br> Megan M. Mahlstedt <br> 17731 Anglin Ln. <br> Tustin, CA 92780 | | - | | | | | Unknown | Unknown | 0.00 |
| Account No. <br><br> Meghan A. Gabrielson <br> 12391 Wembley Rd. <br> Los Alamitos, CA 90720 | | - | | | | | Unknown | Unknown | 0.00 |
| Account No. <br><br> Meghan B. Breitkreutz <br> 7832 Starshell Dr. <br> Huntington Beach, CA 92648 | | - | | | | | Unknown | Unknown | 0.00 |
| Account No. <br><br> Melanie Young <br> 21496 Lake Forest Dr, Apt H <br> Lake Forest, CA 92630 | | - | | | | | Unknown | Unknown | 0.00 |

Sheet __50__ of __74__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 0.00 | 0.00 |

B6E (Official Form 6E) (12/07) - Cont.

In re  **R Star Restaurants, Inc.**                  ,      Case No. _____
                             Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Melinda Beth Rotcher** <br> **22484 Amber Eve Dr** <br> **Corona, CA 92883** | - | | | | | | Unknown <br><br> Unknown | Unknown | 0.00 |
| Account No. <br><br> **Melinda Keo** <br> **2085 High Pointe Dr** <br> **Corona, CA 92879** | - | | | | | | Unknown <br><br> Unknown | Unknown | 0.00 |
| Account No. <br><br> **Melinda M. Bolton** <br> **24871 Paseo Vendaval** <br> **Lake Forest, CA 92630** | - | | | | | | Unknown <br><br> Unknown | Unknown | 0.00 |
| Account No. <br><br> **Melissa S. Gotsill** <br> **24264 El Pilar** <br> **Laguna Niguel, CA 92677** | - | | | | | | Unknown <br><br> Unknown | Unknown | 0.00 |
| Account No. <br><br> **Melissa S. Rogers** <br> **32877 Marie Dr** <br> **Lake Elsinore, CA 92530** | - | | | | | | Unknown <br><br> Unknown | Unknown | 0.00 |

Sheet __51__ of __74__ continuation sheets attached to           Subtotal     0.00
Schedule of Creditors Holding Unsecured Priority Claims     (Total of this page)     0.00     0.00

B6E (Official Form 6E) (12/07) - Cont.

In re    **R Star Restaurants, Inc.**                                          ,    Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Michael Gutierrez** <br> **2650 E. College Pl** <br> **Fullerton, CA 92813** | - | | | | | | Unknown <br><br> **Unknown** | **Unknown** <br><br> **0.00** |
| Account No. <br><br> **Michael T. Montella** <br> **2197 Carefree Wy** <br> **Corona, CA 92880** | - | | | | | | Unknown <br><br> **Unknown** | **Unknown** <br><br> **0.00** |
| Account No. <br><br> **Michelle K. Wilhelm** <br> **779 San Juan, G-203** <br> **Corona, CA 92879** | - | | | | | | Unknown <br><br> **Unknown** | **Unknown** <br><br> **0.00** |
| Account No. <br><br> **Mike N. Vanides** <br> **25272 Clemens Ln** <br> **Lake Forest, CA 92630** | - | | | | | | Unknown <br><br> **Unknown** | **Unknown** <br><br> **0.00** |
| Account No. <br><br> **Miranda L. Swann** <br> **964 Nottingham Dr** <br> **Corona, CA 92880** | - | | | | | | Unknown <br><br> **Unknown** | **Unknown** <br><br> **0.00** |

Sheet __52__ of __74__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | **0.00** |
| **0.00** | **0.00** |

B6E (Official Form 6E) (12/07) - Cont.

In re  **R Star Restaurants, Inc.** _____,   Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Monte R. Roberts**<br>**27161 Valleymont Rd.**<br>**Lake Forest, CA 92630** | | - | | | | | Unknown<br><br>Unknown | Unknown<br><br>0.00 |
| Account No.<br><br>**Morgan E. LaDow**<br>**1892 Brookshire**<br>**Tustin, CA 92780** | | - | | | | | Unknown<br><br>Unknown | Unknown<br><br>0.00 |
| Account No.<br><br>**Mostafa Tohamy**<br>**3401 S. Lowell St**<br>**Santa Ana, CA 92707** | | - | | | | | Unknown<br><br>Unknown | Unknown<br><br>0.00 |
| Account No.<br><br>**Nicholas J. Meislahn**<br>**813 N. Red Robin**<br>**Orange, CA 92869** | | - | | | | | Unknown<br><br>Unknown | Unknown<br><br>0.00 |
| Account No.<br><br>**Nickole A. Martinez**<br>**26222 Los Viveros, #A**<br>**Mission Viejo, CA 92691** | | - | | | | | Unknown<br><br>Unknown | Unknown<br><br>0.00 |

Sheet **53** of **74** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page) | 0.00 | 0.00
| 0.00 | 0.00

B6E (Official Form 6E) (12/07) - Cont.

In re **R Star Restaurants, Inc.** _____ ,    Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J | C | | | | | | |
| Account No. Nicole F. Hutton 24082 Parkhill Rd Lake Forest, CA 92630 | | - | | | | | | Unknown Unknown | Unknown 0.00 |
| Account No. Nicole Seinturier 33155 Robert St Lake  Elsinore, CA 92596 | | - | | | | | | Unknown Unknown | Unknown 0.00 |
| Account No. Nikoo Almassi-Sahne 26355 Eva St. Laguna Hills, CA 92653 | | - | | | | | | Unknown Unknown | Unknown 0.00 |
| Account No. Noe Zuniga 1415 N. Durant, #5 Santa Ana, CA 92706 | | - | | | | | | Unknown Unknown | Unknown 0.00 |
| Account No. Orsue Jimenez-Lopez 1306 Broadway Santa Ana, CA 92701 | | - | | | | | | Unknown Unknown | Unknown 0.00 |

Sheet __54__ of __74__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)    0.00

0.00
0.00    0.00

B6E (Official Form 6E) (12/07) - Cont.

In re **R Star Restaurants, Inc.** _____ ,    Case No. _____
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Osualdo Alejandro Martinez** <br> **1602 Nisson Rd, Apt. L-4** <br> **Tustin, CA 92780** | - | | | | | | Unknown <br><br> Unknown | Unknown <br><br> 0.00 |
| Account No. <br><br> **Paige L. Rice** <br> **860 Serfas Club** <br> **Corona, CA 92882** | - | | | | | | Unknown <br><br> Unknown | Unknown <br><br> 0.00 |
| Account No. <br><br> **Pamela M. Pareno** <br> **20302 Hawaiian Ave.** <br> **Lakewood, CA 90715** | - | | | | | | Unknown <br><br> Unknown | Unknown <br><br> 0.00 |
| Account No. <br><br> **Pascual Maldonado** <br> **805 S. Broadway** <br> **Santa Ana, CA 92701** | - | | | | | | Unknown <br><br> Unknown | Unknown <br><br> 0.00 |
| Account No. <br><br> **Patricia G. Rodriguez** <br> **24 Bella Lucia** <br> **Lake Elsinore, CA 92532** | - | | | | | | Unknown <br><br> Unknown | Unknown <br><br> 0.00 |

Sheet __55__ of __74__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)    0.00    0.00    0.00

B6E (Official Form 6E) (12/07) - Cont.

In re   **R Star Restaurants, Inc.** _____ ,    Case No. _____
                                   Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. **Pedro Vasquez** **15701 B St** **Tustin, CA 92780** | - | | | | | | Unknown / Unknown | Unknown / 0.00 |
| Account No. **Peter A. Cuomo** **13521 Laurinda Wy** **Tustin, CA 92705** | - | | | | | | Unknown / Unknown | Unknown / 0.00 |
| Account No. **Pouya Barzegar Marvasti** **43 Via Abruzzi** **Aliso Viejo, CA 92656** | - | | | | | | Unknown / Unknown | Unknown / 0.00 |
| Account No. **Rachael M. Newmaster** **4312 Green Ave, Apt #14** **Los Alamitos, CA 90720** | - | | | | | | Unknown / Unknown | Unknown / 0.00 |
| Account No. **Rachel A. Isen** **22325 Parkwood St** **Lake Forest, CA 92630** | - | | | | | | Unknown / Unknown | Unknown / 0.00 |

Sheet __56__ of __74__ continuation sheets attached to                    Subtotal                0.00
Schedule of Creditors Holding Unsecured Priority Claims          (Total of this page)    0.00    0.00

B6E (Official Form 6E) (12/07) - Cont.

In re **R Star Restaurants, Inc.** _____ ,    Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| Ramiro G. Maldonado 5001 W. Cristal Ln Santa Ana, CA 92704 | - | | | | | | Unknown | Unknown | 0.00 |
| Account No. | | | | | | | | | |
| Raquel N. Lee 16770 Rocky Glen Rd Perris, CA 92570 | - | | | | | | Unknown | Unknown | 0.00 |
| Account No. | | | | | | | | | |
| Raul V. Pena 3663 Andover St Corona, CA 92879 | - | | | | | | Unknown | Unknown | 0.00 |
| Account No. | | | | | | | | | |
| Ray O. Phillips 24008 Augusta Dr Corona, CA 92883 | - | | | | | | Unknown | Unknown | 0.00 |
| Account No. | | | | | | | | | |
| Raymundo Maya-Garcia 23822 La Rosa Lake Forest, CA 92630 | - | | | | | | Unknown | Unknown | 0.00 |

Sheet __57__ of __74__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)          0.00          0.00          0.00

B6E (Official Form 6E) (12/07) - Cont.

In re    **R Star Restaurants, Inc.**                                             ,    Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | AMOUNT ENTITLED TO PRIORITY |
| **Account No.**<br><br>Rebecca M. Franco<br>2729 Quail Knoll<br>Lake Elsinore, CA 92530 | - | | | | | | | Unknown<br><br>Unknown | Unknown<br><br>0.00 |
| **Account No.**<br><br>Regan E. Norwood<br>13452 Oak Ln<br>Santa Ana, CA 92705 | - | | | | | | | Unknown<br><br>Unknown | Unknown<br><br>0.00 |
| **Account No.**<br><br>Renee L. Ashworth<br>13102 Rosalind<br>Santa Ana, CA 92705 | - | | | | | | | Unknown<br><br>Unknown | Unknown<br><br>0.00 |
| **Account No.**<br><br>Renee M. Pillette<br>10276 Whitecrown Cir<br>Corona, CA 92883 | - | | | | | | | Unknown<br><br>Unknown | Unknown<br><br>0.00 |
| **Account No.**<br><br>Reyes Ramirez<br>6244 California St<br>Long Beach, CA 90805 | - | | | | | | | Unknown<br><br>Unknown | Unknown<br><br>0.00 |

Sheet __58__ of __74__ continuation sheets attached to            Subtotal            | 0.00 |
Schedule of Creditors Holding Unsecured Priority Claims     (Total of this page)    0.00    0.00

B6E (Official Form 6E) (12/07) - Cont.

In re **R Star Restaurants, Inc.** _____ ,    Case No. _____
                                       Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Reyna Rayo**<br>**1618 Severgren, #B**<br>**Santa Ana, CA 92707** | - | | | | | | Unknown<br><br>Unknown | Unknown | 0.00 |
| Account No.<br><br>**Ricardo Jimenez**<br>**589 Penrose Dr**<br>**Corona, CA 92880** | - | | | | | | Unknown<br><br>Unknown | Unknown | 0.00 |
| Account No.<br><br>**Richele A. Reyes**<br>**2127 Zandia Ave.**<br>**Long Beach, CA 90815** | - | | | | | | Unknown<br><br>Unknown | Unknown | 0.00 |
| Account No.<br><br>**Rigoberto Bonilla**<br>**626 Walnut Ave**<br>**Long Beach, CA 90802** | - | | | | | | Unknown<br><br>Unknown | Unknown | 0.00 |
| Account No.<br><br>**Robert J. Bustamante**<br>**136 4th St,  Apt. A**<br>**Seal Beach, CA 90740** | - | | | | | | Unknown<br><br>Unknown | Unknown | 0.00 |

Sheet __59__ of __74__ continuation sheets attached to    Subtotal    0.00
Schedule of Creditors Holding Unsecured Priority Claims    (Total of this page)    0.00    0.00

B6E (Official Form 6E) (12/07) - Cont.

In re __R Star Restaurants, Inc._____,     Case No. _____

                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Robert J. MacFarlane 580 N. Pageant Dr., Apt A Orange, CA 92869 | - | | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| Roberto Lopez 1047 1st St, #4 Long Beach, CA 90802 | - | | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| Robyn E. Norcutt 29700 Longhorn Dr Canyon Lake, CA 92587 | - | | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| Robyn Patricia Marotta 1224 Bennett Ave., #1 Long Beach, CA 90804 | - | | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| Rodrigo Rodriguez 147 E. Wakefield Anaheim, CA 92802 | - | | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |

Sheet __60__ of __74__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)    0.00    0.00    0.00

B6E (Official Form 6E) (12/07) - Cont.

In re   **R Star Restaurants, Inc.** _____ ,   Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Rodriquez Alfonzo 2041 W. Oak Ave Fullerton, CA 92833 | - | | | | | | | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| Rosa Gonzalez 407 N. Riley St Lake Elsinore, CA 92530 | - | | | | | | | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| Rose C. Agracewicz 23102 Canyon Lake Dr Canyon Lake, CA 92587 | - | | | | | | | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| Roxanne Golkar 436 N. Bellflower Blvd., Apt. 307 Long Beach, CA 90814 | - | | | | | | | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| Ruben Corona 26358 San Jacinto St Hemet, CA 92543 | - | | | | | | | Unknown |
| | | | | | | | Unknown | 0.00 |

Sheet __61__ of __74__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 0.00 | 0.00 |

B6E (Official Form 6E) (12/07) - Cont.

In re   **R Star Restaurants, Inc.**                                          ,        Case No. _____
                                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>Ryan J. Stoller<br>15660 Laguna Ave<br>Lake Elsinore, CA 92530 | | - | | | | | Unknown<br><br>Unknown | Unknown<br><br>0.00 |
| Account No.<br><br>Sabas Estrada<br>621 Eastwood<br>Santa Ana, CA 92701 | | - | | | | | Unknown<br><br>Unknown | Unknown<br><br>0.00 |
| Account No.<br><br>Sabrina D. Pagano<br>16628 Montego Wy<br>Tustin, CA 92780 | | - | | | | | Unknown<br><br>Unknown | Unknown<br><br>0.00 |
| Account No.<br><br>Salvador Ayala<br>780 S. Lyon, Apt. 902<br>Santa Ana, CA 92705 | | - | | | | | Unknown<br><br>Unknown | Unknown<br><br>0.00 |
| Account No.<br><br>Samantha B. Tiffany<br>22873 Mission Bells St<br>Corona, CA 92883 | | - | | | | | Unknown<br><br>Unknown | Unknown<br><br>0.00 |

Sheet __62__ of __74__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 0.00 | 0.00 |

B6E (Official Form 6E) (12/07) - Cont.

In re **R Star Restaurants, Inc.** _____ ,   Case No. _____
                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Sara A. Kulpaca 15356 Regatta Wy Lake Elsinore, CA 92530 | - | | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| Sara C. Guerra 1435 Circle City Dr, #1 Corona, CA 92879 | - | | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| Sara J. Phillips 7860 Serenity Falls Rd Corona, CA 92880 | - | | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| Sarah K. Perrotte 27450 Read St Perris, CA 92570 | - | | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| Sarah L. Stephenson 15421 Van Buren St., Apt. 106 Midway City, CA 92655 | - | | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |

Sheet __63__ of __74__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 0.00 | 0.00 |

B6E (Official Form 6E) (12/07) - Cont.

In re  **R Star Restaurants, Inc.**_____,  Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Sarah N. Chavarela <br> 715 West Main St. <br> Tustin, CA 92780 | | - | | | | | Unknown | Unknown | 0.00 |
| Account No. <br><br> Sarah S. Millar <br> 23540 Waldon Rd <br> Menifee, CA 92584 | | - | | | | | Unknown | Unknown | 0.00 |
| Account No. <br><br> Seferino Renteria <br> 5001 W. Cristal Ln <br> Santa Ana, CA 92704 | | - | | | | | Unknown | Unknown | 0.00 |
| Account No. <br><br> Sergio Arriaga <br> 654 Woodcrest Dr, Apt B <br> Lake Elsinore, CA 92530 | | - | | | | | Unknown | Unknown | 0.00 |
| Account No. <br><br> Sergio Maciel <br> 42036 Moraga Rd, Apt #13C <br> Temecula, CA 92591 | | - | | | | | Unknown | Unknown | 0.00 |

Sheet __64__ of __74__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | 0.00 |
|---|---|---|---|
| | | 0.00 | 0.00 |

B6E (Official Form 6E) (12/07) - Cont.

In re  **R Star Restaurants, Inc.**                                          ,     Case No. _____
                                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Sergio S. Pareno** <br> **20302 Hawaiian Ave.** <br> **Lakewood, CA 90715** | - | | | | | | Unknown <br><br> Unknown | Unknown <br><br> 0.00 |
| Account No. <br><br> **Sergio Velasco** <br> **30001 N. Lake Dr** <br> **Lake Elsinore, CA 92530** | - | | | | | | Unknown <br><br> Unknown | Unknown <br><br> 0.00 |
| Account No. <br><br> **Shandin L. Stearns** <br> **16092 Via Media** <br> **Lake Elsinore, CA 92530** | - | | | | | | Unknown <br><br> Unknown | Unknown <br><br> 0.00 |
| Account No. <br><br> **Shannon N. Hommel** <br> **29989 Happy Hunter** <br> **Canyon Lake, CA 92587** | - | | | | | | Unknown <br><br> Unknown | Unknown <br><br> 0.00 |
| Account No. <br><br> **Shayne T. Aragon** <br> **412 Selkirk Dr** <br> **Corona, CA 92881** | - | | | | | | Unknown <br><br> Unknown | Unknown <br><br> 0.00 |

Sheet __65__ of __74__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal (Total of this page)      0.00

| | 0.00 |
|---|---|
| 0.00 | 0.00 |

B6E (Official Form 6E) (12/07) - Cont.

In re  **R Star Restaurants, Inc.** _____ ,    Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Shelly F. Buckwinkler** <br> **1078 Ocean Blvd.** <br> **Long Beach, CA 90802** | - | | | | | | Unknown <br><br> Unknown | **Unknown** <br><br> **0.00** |
| Account No. <br><br> **Skye D. Carsten** <br> **2411 Via Marina** <br> **Newport Beach, CA 92660** | - | | | | | | Unknown <br><br> Unknown | **Unknown** <br><br> **0.00** |
| Account No. <br><br> **Stacy M. Forbes** <br> **2437 Flagstone Dr.** <br> **Napa, CA 94558** | - | | | | | | Unknown <br><br> Unknown | **Unknown** <br><br> **0.00** |
| Account No. <br><br> **Stefanie L. Marino** <br> **2909 Radnor Ave.** <br> **Long Beach, CA 90815** | - | | | | | | Unknown <br><br> Unknown | **Unknown** <br><br> **0.00** |
| Account No. <br><br> **Stephanie D. Boyer** <br> **23 Brindisi** <br> **Mission Viejo, CA 92692** | - | | | | | | Unknown <br><br> Unknown | **Unknown** <br><br> **0.00** |

Sheet **66** of **74** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal | 0.00 | |
| (Total of this page) | 0.00 | 0.00 |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re    **R Star Restaurants, Inc.**                                    ,    Case No. _____

_____
Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Stephanie L. Arnold** <br> **17697 Streamside Ln** <br> **Riverside, CA 92503** | - | | | | | | Unknown <br><br> **Unknown** | **Unknown** <br><br> **0.00** |
| Account No. <br><br> **Stephen A. Rotcher** <br> **22484 Amber Eve Dr** <br> **Corona, CA 92883** | - | | | | | | Unknown <br><br> **Unknown** | **Unknown** <br><br> **0.00** |
| Account No. <br><br> **Summer Alanis** <br> **32800 Woodhaven Ct** <br> **Lake Elsinore, CA 92530** | - | | | | | | Unknown <br><br> **Unknown** | **Unknown** <br><br> **0.00** |
| Account No. <br><br> **Suriel Marcelo** <br> **8065 Broadway** <br> **Santa Ana, CA 92701** | - | | | | | | Unknown <br><br> **Unknown** | **Unknown** <br><br> **0.00** |
| Account No. <br><br> **Taryn L. Donovan** <br> **13206 Myford Rd., #712** <br> **Tustin, CA 92782** | - | | | | | | Unknown <br><br> **Unknown** | **Unknown** <br><br> **0.00** |

Sheet __67__ of __74__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| **0.00** | |
| **0.00** | **0.00** |

B6E (Official Form 6E) (12/07) - Cont.

In re  **R Star Restaurants, Inc.**
_____ ,    Case No. _____
Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| Tasja M. Twing 1981 B Church St Costa Mesa, CA 92627 | - | | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| Tawnee McCoy 22 Ponte Fiera Lake Elsinore, CA 92532 | - | | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| Taylor L. Seinturier 33155 Robert St Lake Elsinore, CA 92595 | - | | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| Teri L. Poucher 2062 Sandfield Tustin, CA 92780 | - | | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |
| Account No. | | | | | | | | |
| Thomas W.H. Linzy 1025f Mirasol St Santa Ana, CA 92701 | - | | | | | | Unknown | Unknown |
| | | | | | | | Unknown | 0.00 |

Sheet **68** of **74** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | |
|---|---|
| | 0.00 |
| 0.00 | 0.00 |

B6E (Official Form 6E) (12/07) - Cont.

In re    **R Star Restaurants, Inc.**                                        ,    Case No. _____
                                    **Debtor**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Tiffany M. Smith**<br>**2453 Bronco Ln**<br>**Norco, CA 92860** | - | | | | | | **Unknown**<br><br>**Unknown** | **Unknown** | **0.00** |
| Account No.<br><br>**Toby C. Ramos**<br>**8 Summerwood**<br>**Aliso Viejo, CA 92656** | - | | | | | | **Unknown**<br><br>**Unknown** | **Unknown** | **0.00** |
| Account No.<br><br>**Tracey E. Bill**<br>**1522 Lanai Wy**<br>**Tustin, CA 92780** | - | | | | | | **Unknown**<br><br>**Unknown** | **Unknown** | **0.00** |
| Account No.<br><br>**Travis M. Robinson**<br>**3558 Philadelphia Ct**<br>**Riverside, CA 92503** | - | | | | | | **Unknown**<br><br>**Unknown** | **Unknown** | **0.00** |
| Account No.<br><br>**Trenna A. McCoy**<br>**22 Ponte Fiera**<br>**Lake Elsinore, CA 92532** | - | | | | | | **Unknown**<br><br>**Unknown** | **Unknown** | **0.00** |

Sheet __69__ of __74__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | **0.00** | |
|---|---|---|---|
| | (Total of this page) | **0.00** | **0.00** |

B6E (Official Form 6E) (12/07) - Cont.

In re __R Star Restaurants, Inc._____,    Case No. _____
                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> Trevor M. Couch <br> 1267 Old Hickory Rd <br> Corona, CA 92882 | | - | | | | | Unknown <br><br> Unknown | Unknown <br><br> 0.00 |
| Account No. <br><br> Tyler S. Arena <br> 4682 Warner Ave, Apt C212 <br> Huntington Beach, CA 92649 | | - | | | | | Unknown <br><br> Unknown | Unknown <br><br> 0.00 |
| Account No. <br><br> Tyson J. Wilcoxson <br> 3207 E. 2nd St., Apt. 2 <br> Long Beach, CA 90803 | | - | | | | | Unknown <br><br> Unknown | Unknown <br><br> 0.00 |
| Account No. <br><br> Valentine Catalan-Sanchez <br> 15649 Pasadena Ave, #G <br> Tustin, CA 92780 | | - | | | | | Unknown <br><br> Unknown | Unknown <br><br> 0.00 |
| Account No. <br><br> Vanessa M. Gorseth <br> 32706 Lakeview Terrace <br> Lake Elsinore, CA 92530 | | - | | | | | Unknown <br><br> Unknown | Unknown <br><br> 0.00 |

Sheet _70___ of _74___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal | 0.00 | |
|---|---|---|---|
| | (Total of this page) | 0.00 | 0.00 |

B6E (Official Form 6E) (12/07) - Cont.

In re   **R Star Restaurants, Inc.**
                                                                Case No. _____
                          Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community / DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. Vanessa M. Miller 22783 Mission Bells Corona, CA 92883 | | - | | | | | Unknown / Unknown | Unknown / 0.00 |
| Account No. Victoriano Vazquez 3276 Liberty Blvd, #D South Gate, CA 90280 | | - | | | | | Unknown / Unknown | Unknown / 0.00 |
| Account No. Viviana C. Lizarraga 11192 Fostoria St. Garden Grove, CA 92840 | | - | | | | | Unknown / Unknown | Unknown / 0.00 |
| Account No. Wesley Schlagenhauf 1723 Coronado Ave., Apt. 1 Long Beach, CA 90804 | | - | | | | | Unknown / Unknown | Unknown / 0.00 |
| Account No. William D. Anascavage 15177 Lincoln St, #G2 Lake Elsinore, CA 92530 | | - | | | | | Unknown / Unknown | Unknown / 0.00 |

Sheet __71__ of __74__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal (Total of this page) | 0.00 | 0.00 |
|---|---|---|---|
|  |  | 0.00 | 0.00 |

B6E (Official Form 6E) (12/07) - Cont.

In re  **R Star Restaurants, Inc.**                                    ,          Case No. _____
                              Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Wages, salaries, and commissions**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **William Orla** **393 Rimpau, #1** **Corona, CA 92879** | - | | | | | | Unknown | **Unknown** |
| | | | | | | | **Unknown** | **0.00** |
| Account No. | | | | | | | | |
| **Zachary J. Kaib** **26444 Nova Ln** **Sun City, CA 92585** | - | | | | | | Unknown | **Unknown** |
| | | | | | | | **Unknown** | **0.00** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |

Sheet __72__ of __74__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal **0.00**
(Total of this page) **0.00**  **0.00**

B6E (Official Form 6E) (12/07) - Cont.

In re    **R Star Restaurants, Inc.**_____ ,    Case No. _____
                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY / AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|
| Account No. Franchise Tax Board Attn: Bankruptcy PO Box 2952 Sacramento, CA 95812-2952 | - | | | | | X | Unknown | Unknown / Unknown |
| Account No. Franchise Tax Board PO Box 942867 Sacramento, CA 94267-0011 | | | Related to: Franchise Tax Board | | | | Notice Only | |
| Account No. Internal Revenue Service c/o Civil Trial West Tax Division US Dept Justice Washington, DC 20530 | - | | | | | X | 0.00 / 100,246.32 | 100,246.32 |
| Account No. Internal Revenue Service Fresno, CA 93888 | | | Related to: Internal Revenue Service | | | | Notice Only | |
| Account No. Internal Revenue Service PO Box 21126 Philadelphia, PA 19114 | | | Related to: Internal Revenue Service | | | | Notice Only | |

Sheet __73__ of __74__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

Subtotal
(Total of this page)

| | 0.00 | |
|---|---|---|
| | 100,246.32 | 100,246.32 |

B6E (Official Form 6E) (12/07) - Cont.

In re  **R Star Restaurants, Inc.**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
## (Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | | |
| **Internal Revenue Service Insolvency Group 3 Mail Stop 5503 24000 Avila Rd Laguna Niguel, CA 92677** | | | Related to: **Internal Revenue Service** | | | | **Notice Only** | | |
| Account No. | | | | | | | | | |
| **Internal Revenue Service Kansas City, MO 64999** | | | Related to: **Internal Revenue Service** | | | | **Notice Only** | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

| | | |
|---|---|---|
| Sheet  **74**  of  **74**  continuation sheets attached to | Subtotal | **0.00** |
| Schedule of Creditors Holding Unsecured Priority Claims | (Total of this page)  **0.00** | **0.00** |
| | Total | **0.00** |
| | (Report on Summary of Schedules)  **100,246.32** | **100,246.32** |

B6F (Official Form 6F) (12/07)

In re    **R Star Restaurants, Inc.**                                                           ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**AABCO Water Heater<br>PO Box 1212<br>Los Alamitos, CA 90720** | | - | | | | | **Unknown** |
| Account No.<br><br>**ADT Security Services, Inc.<br>PO Box 371956<br>Pittsburgh, PA 15250** | | | | | | | **Unknown** |
| Account No.<br><br>**Advanced Powerwashing<br>12882 Western Ave<br>Garden Grove, CA 92841** | | - | | | | | **Unknown** |
| Account No.<br><br>**Airgas West CA<br>PO Box 7423<br>Pasadena, CA 91109-7423** | | - | | | | | **Unknown** |

\_\_**23**\_\_  continuation sheets attached

Subtotal                     **0.00**
(Total of this page)

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          S/N:37685-100208    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **R Star Restaurants, Inc.** _____,    Case No. _____
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| American Linen 900 N. Highland Box 38757 Los Angeles, CA 90038 | - | | | | | | | 655.52 |
| Account No. | | | | Related to: American Linen | | | | |
| American Linen PO Box 25068 Anaheim, CA 92825-5068 | | | | | | | | Notice Only |
| Account No. | | | | | | | | |
| American Pacific Promotions 2012 Pin Oak Pl Danville, CA 94506 | - | | | | | | | Unknown |
| Account No. | | | | | | | | |
| Anheuser-Busch 20499 South Reeves Ave Long Beach, CA 90810-1011 | - | | | | | | | Unknown |
| Account No. | | | | | | | | |
| ASCAP 2675 Paces Ferry Rd SE, Ste 350 Atlanta, GA 30339 | - | | | | | | | Unknown |

Sheet no. __1__ of __23__ sheets attached to Schedule of                      Subtotal              655.52
Creditors Holding Unsecured Nonpriority Claims                         (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **R Star Restaurants, Inc.**                                    ,  Case No. _____
                                  Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **AT&T** **Payment Center** **Sacramento, CA 95887-0001** | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Bank of America** **Business Banking Services** **150 N. Hacienda Blvd, 2nd Fl** **City of Industry, CA 91744** | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **BEN-E-LECT** **5429 Avenida De Los Robles, Ste A** **Visalia, CA 93291** | - | | | | | | | **9,307.43** |
| Account No. | | | | | | | | |
| **Bingo Lingo Promotional Publishers** **30141 Antelope Rd, Ste D-236** **Menifee, CA 92584** | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Bluestone Associates, LLC** **c/o Tamara Pow, Esq.** **Structure Law Group, LLC** **1754 Technology Dr, Ste 135** **San Jose, CA 95110** | - | | | | | | X | **60,000.00** |

Sheet no. __2__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**69,307.43**

B6F (Official Form 6F) (12/07) - Cont.

In re   **R Star Restaurants, Inc.**   _____,   Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Bluestone Associates, LLC 6012 Montgomery Corner San Jose, CA 95135** | | | | **Related to: Bluestone Associates, LLC** | | | | **Notice Only** |
| Account No. <br><br> **Bryan Exhaust Service, Inc. 2808 N. Naomi St Burbank, CA 91504** | | - | | | | | | **Unknown** |
| Account No. <br><br> **Cal Met Services 7202 Petterson Ln Paramount, CA 90723** | | - | | | | | | **Unknown** |
| Account No. <br><br> **California State Disbursement PO Box 989067 West Sacramento, CA 95798** | | - | | | | | | **Unknown** |
| Account No. <br><br> **CapTerra Financial Group, Inc. 1440 Blake St, Ste 310 Denver, CO 80202** | | - | | | | | | **Unknown** |

Sheet no. __3__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **R Star Restaurants, Inc.** _____,   Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. **Carlton, Disante & Fruedenberger** 2600 Michelson Dr, Ste 800 Irvine, CA 92612 | - | | | | | | | **Unknown** |
| Account No. **Carmen Sandoral** 23292 Yee Moreno Valley, CA 92553 | - | | | | | | | **Unknown** |
| Account No. **Carrco** 13191 56th Court North, #102 Clearwater, FL 33760 | - | | | | | | | **Unknown** |
| Account No. **Champers Heating & Air Conditioning** 16985 Brooklyn Ave Yorba Linda, CA 92886 | - | | | | | | | **Unknown** |
| Account No. **City of Corona** PO Box 950 Corona, CA 92878-0950 | - | | | | | | | **Unknown** |

Sheet no. __4__ of __23__ sheets attached to Schedule of   Subtotal   **0.00**
Creditors Holding Unsecured Nonpriority Claims   (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **R Star Restaurants, Inc.**                                              ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **City of Long Beach, California** **333 West Ocean Blvd, 13th Fl** **Long Beach, CA 90802** | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **City of Tustin** **300 Centennial Wy** **Tustin, CA 92780** | - | | | | | | | **77.46** |
| Account No. | | | | | | | | |
| **Corona Pointe Owners Association** **c/o Mar West Real Estate** **PO Box 500608** **San Diego, CA 92150-0608** | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **CPT Group, Inc.** **16630 Aston** **Irvine, CA 92606-4840** | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **CR&R Inc.** **PO Box 206** **Stanton, CA 90680-0206** | - | | | | | | | **Unknown** |

Sheet no. __5__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **77.46**

B6F (Official Form 6F) (12/07) - Cont.

In re   **R Star Restaurants, Inc.**                                          ,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Dataworks**<br>**4550 S. Windermere St**<br>**Englewood, CO 80110-5541** | - | | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Diamond Sharp Cutlery, Inc.**<br>**513 Mercury Ln**<br>**Brea, CA 92821** | - | | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Direct TV**<br>**PO Box 60036**<br>**Los Angeles, CA 90060-0036** | - | | | | | | **Unknown** |
| Account No. | | | | | | | |
| **EcoLab**<br>**PO Box 100512**<br>**Pasadena, CA 91189-0512** | - | | | | | | **Unknown** |
| Account No. | | | | | | | |
| **EcoLab Pest Elimination**<br>**PO Box 6007**<br>**Grand Forks, ND 58206-6007** | - | | | | | | **209.98** |

Sheet no. __6__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal                **209.98**
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **R Star Restaurants, Inc.** _____,    Case No. _____
                                         Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **El Toro Water District** <br> **PO Box 6007** <br> **Grand Forks, ND 58206-6007** | - | | | | | | **Unknown** |
| Account No. <br><br> **Elsinore Valley Municipal Water Dst** <br> **31315 Chaney St** <br> **Lake Elsinore, CA 92530-2743** | - | | | | | | **Unknown** |
| Account No. <br><br> **Embroidery & More** <br> **31701 Riverside Dr, Ste B** <br> **Lake Elsinore, CA 92530** | - | | | | | | **Unknown** |
| Account No. <br><br> **Entertainment Publications** <br> **1414 E. Maple Rd** <br> **Troy, MI 48083** | - | | | | | | **Unknown** |
| Account No. <br><br> **Eversoft** <br> **707 West 16th St** <br> **Long Beach, CA 90813** | - | | | | | | **191.48** |

Sheet no. __7__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)         **191.48**

B6F (Official Form 6F) (12/07) - Cont.

In re    **R Star Restaurants, Inc.**                                    ,    Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Facilitec-West** **1536 West 25th St, #168** **San Pedro, CA 90732** | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Farmer Brothers Co.** **PO Box 79705** **City of Industry, CA 91716** | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Federal Express** **PO Box 7221** **Pasadena, CA 91109-7321** | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Fire Safety First** **1170 E. Fruit St** **Santa Ana, CA 92701** | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Fishbowl, Inc.** **Dept At 952733** **Atlanta, GA 31192-2733** | - | | | | | | | **Unknown** |

Sheet no. __8__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re **R Star Restaurants, Inc.** _____,    Case No. _____

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Frank Redmond & Associates** <br>**1815 Indian School Rd** <br>**Phoenix, AZ 85016** | - | | | | | | **Unknown** |
| Account No. <br><br>**G&F Appliance Service** <br>**1404 Deborah Pl** <br>**Beaumont, CA 92223** | - | | | | | | **Unknown** |
| Account No. <br><br>**Gas Co.** <br>**PO Box C** <br>**Monterey Park, CA 91756** | - | | | | | | **Unknown** |
| Account No. <br><br>**Gate City Beverage Dist** <br>**Dept. #2685** <br>**Los Angeles, CA 90084-2685** | - | | | | | | **Unknown** |
| Account No. <br><br>**GE Financial** <br>**8377 E. Hartford Dr., Ste 200** <br>**Scottsdale, AZ 85255** | - | | | | | | **Unknown** |

Sheet no. __9__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **R Star Restaurants, Inc.**                                              ,    Case No. _____

                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **George Barragan** **259 W. Wabash St** **San Bernardino, CA 92405** | | - | | | | | | **217.50** |
| Account No. | | | | | | | | |
| **Glacier Design Systems, Inc.** **5985 Engineer Dr** **Huntington Beach, CA 92649** | | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Green's Landscaping** **28051 Via Del Cerro** **San Juan Capistrano, CA 92675** | | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Harbor Distributing, LLC** **Dept. #2685** **Los Angeles, CA 90084-2685** | | - | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Hobart Corp** **1350 E. Riverview Dr** **San Bernardino, CA 92408** | | - | | | | | | **Unknown** |
| Sheet no. __10__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal (Total of this page) | | | | **217.50** |

B6F (Official Form 6F) (12/07) - Cont.

In re  **R Star Restaurants, Inc.** _____,  Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **Hobart Corp.** **7050 Village Dr, Ste B** **Buena Park, CA 90621** | | | Related to: **Hobart Corp** | | | | **Notice Only** |
| Account No. | | | | | | | |
| **Ingardia Bros. Produce Inc.** **700 S. Hathaway** **Santa Ana, CA 92705** | | - | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Island Oasis Frozen Cocktail Co Inc** **PO Box 847881** **Boston, MA 02284** | | - | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Lone Star Business Solutions** **125 N. Market, Ste 1300** **Wichita, KS 67202** | | - | | | | | **Unknown** |
| Account No. | | | | | | | |
| **Lone Star Finance, Inc.** **244 E. Douglas, Ste 700** **Wichita, KS 67202** | | - | | | | X | **75,000.00** |

Sheet no. __11__ of __23__ sheets attached to Schedule of        Subtotal        **75,000.00**
Creditors Holding Unsecured Nonpriority Claims                (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re  **R Star Restaurants, Inc.**                                                    ,    Case No. _____
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **LSF5 Cactus Franchisor, LLC Lone Star Steakhouse 5055 W. Park Blvd, Ste 550 Plano, TX 75093** | - | | | | | X | 300,000.00 |
| Account No. **California Sullivan's Inc. 5055 W. Park Blvd, Ste 500 Plano, TX 75093** | | | Related to: LSF5 Cactus Franchisor, LLC | | | | Notice Only |
| Account No. **Maisano's Bakery & Deli 10520 Garden Grove Blvd Garden Grove, CA 92843** | - | | | | | | Unknown |
| Account No. **Marketplace Merchant Association 6553 Pacific Coast Hwy Long Beach, CA 90803-4202** | - | | | | | | Unknown |
| Account No. **MCI PO Box 371838 Pittsburgh, PA 15250-7838** | - | | | | | | Unknown |

Sheet no. __12__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

300,000.00

B6F (Official Form 6F) (12/07) - Cont.

In re  **R Star Restaurants, Inc.** _____,    Case No. _____
                                                   Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| Meadowbrook Meat Company, Inc. 2641 Meadowbrook Rd Rocky Mount, NC 27802 | - | | | | | | | X | 20,000.00 |
| Account No. | | | | | | | | | |
| Mel Goldman Trilogy Now.com Advertising 24268 Owl Ct. Corona, CA 92883 | - | | | | | | | | Unknown |
| Account No. | | | | | | | | | |
| Minuteman Plumbing & Drain Service PO Box 4983 Garden Grove, CA 92842 | - | | | | | | | | 363.00 |
| Account No. | | | | | | | | | |
| Muzak-Southern California PO Box 71070 Charlotte, NC 28272-1070 | - | | | | | | | | Unknown |
| Account No. | | | | | | | | | |
| Netpos 510 Highland Ave, #320 Milford, MI 48381-1586 | - | | | | | | | | 79.95 |

Sheet no. __13__ of __23__ sheets attached to Schedule of          Subtotal
Creditors Holding Unsecured Nonpriority Claims          (Total of this page)          20,442.95

B6F (Official Form 6F) (12/07) - Cont.

In re  **R Star Restaurants, Inc.** _____,    Case No. _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Next Day Gourmet<br>PO Box 64177<br>Saint Paul, MN 55164** | | - | | | | | | **Unknown** |
| Account No.<br><br>**Orange Commercial Service, Inc.<br>1315 N. Tustin, Ste 250<br>Orange, CA 92867** | | - | | | | | | **180.00** |
| Account No.<br><br>**Orange County Register<br>PO Box 7154<br>Pasadena, CA 91109** | | - | | | | | | **Unknown** |
| Account No.<br><br>**Orange County Sheriff<br>909 N. Main St, Ste 2<br>Santa Ana, CA 92701** | | - | | | | | | **Unknown** |
| Account No.<br><br>**Pacific Castle Long Beach LP<br>c/o Richard L. Seide, Esq.<br>Law Offices of Richard Seide<br>901 Dove St, Ste 120<br>Newport Beach, CA 92660-3018** | | - | | | | | X | **50,000.00** |

Sheet no. __14__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **50,180.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **R Star Restaurants, Inc.**                                      ,    Case No. _____
                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **Pacific Castle Long Beach LP** 2601 Main St, Ste 900 Irvine, CA 92614 | | | | Related to: **Pacific Castle Long Beach LP** | | | | **Notice Only** |
| Account No. **Pacificare** PO Box 6099 Cypress, CA 90630 | | - | | | | | | **Unknown** |
| Account No. **PC Complete** 742 Livernois Ferndale, MI 48220 | | - | | | | | | **1.00** |
| Account No. **Pollution Control Specialists, Inc.** 1354 S. Ritchey St Santa Ana, CA 92705-4727 | | - | | | | | | **Unknown** |
| Account No. **Pro-Edge Knife** 7431 Mission Gorge Rd San Diego, CA 92120 | | - | | | | | | **38.00** |

Sheet no. __15__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**39.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **R Star Restaurants, Inc.**                                              ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Restaurant Tea Service, Inc. 3075 N. Lima St Burbank, CA 91504 | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| Restaurant Technologies, Inc. 12962 Collections Center Dr Chicago, IL 60693 | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| Richard E. Quintilone, Esq. Dayna C. Carter, Esq. Quintilone & Associates 22974 El Toro Rd, Ste 100 Lake Forest, CA 92630 | - | | | | | | X | **330,000.00** |
| Account No. | | | | | | | | |
| Adi Cosic c/o Richard C. Quintilone II, Esq. Quintilone & Associates 22974 El Toro Rd, Ste 100 Lake Forest, CA 92630 | | | | Related to: Richard E. Quintilone, Esq. | | | | **Notice Only** |
| Account No. | | | | | | | | |
| Jose Garay, Esq. Jose Garay, APLC 2030 Main St, Ste 1300 Irvine, CA 92614 | | | | Related to: Richard E. Quintilone, Esq. | | | | **Notice Only** |

Sheet no. __16__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**330,000.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **R Star Restaurants, Inc.**                                    ,    Case No. _____
                                                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | | | | | |
| Kendra D. Miller, Esq. Ursula K. Guzman, Esq. Crowell & Moring, LLP 3 Park Plaza, 20th Fl Irvine, CA 92614-8505 | | | | Related to: Richard E. Quintilone, Esq. | | | | Notice Only |
| Account No. | | | | | | | | |
| Roger Carter, Esq. Carter Law Firm 2030 Mail St, Ste 1300 Irvine, CA 92614 | | | | Related to: Richard E. Quintilone, Esq. | | | | Notice Only |
| Account No. | | | | | | | | |
| Scott B. Cooper, Esq. Cooper Law Firm, P.C. 2030 Main St, Ste 1300 Irvine, CA 92614 | | | | Related to: Richard E. Quintilone, Esq. | | | | Notice Only |
| Account No. | | | | | | | | |
| Signs & Services Co 10980 Boatman Ave Stanton, CA 90680 | - | | | | | | | Unknown |
| Account No. | | | | | | | | |
| Simplex Grinnell 50 Technology Dr Westminster, MA 01441 | - | | | | | | | Unknown |

Sheet no. __17__ of __23__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **0.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **R Star Restaurants, Inc.** _____,    Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Smart Systems Technologies, Inc. 9 Goodyear Irvine, CA 92618 | - | | | | | | | Unknown |
| Account No. | | | | | | | | |
| SMC Grease Specialist PO Box 1343 Corona, CA 92878 | - | | | | | | | Unknown |
| Account No. | | | | | | | | |
| SMC Plumbing & Drain, Inc. PO Box 1343 Corona, CA 92878 | - | | | | | | | Unknown |
| Account No. | | | | | | | | |
| South Coast Seafoods Co., Inc. 7131 Lampson Ave Garden Grove, CA 92841 | - | | | | | | | Unknown |
| Account No. | | | | | | | | |
| Southern California Edison PO Box 600 Rosemead, CA 91771-0001 | - | | | | | | | Unknown |

Sheet no. __18__ of __23__ sheets attached to Schedule of        Subtotal        0.00
Creditors Holding Unsecured Nonpriority Claims        (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re   **R Star Restaurants, Inc.** _____,   Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Southern Wine & Spirits - S. Cal File 56002 Los Angeles, CA 90074-6002** | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Southland Management Co, LLC 31501 Rancho Viejo Rd, Ste 102 San Juan Capistrano, CA 92675** | - | | | | | | X | **102,000.00** |
| Account No. | | | | | | | | |
| **Spot Lighting Supplies, Inc. PO Box 20860 Long Beach, CA 90801** | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Stanley ConvergentSecuritySolutions 514 South Lyon St Santa Ana, CA 92701-6362** | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **State Compensation Insuance Fund Los Angeles District Office-Claims PO Box 92622 Los Angeles, CA 90009-9850** | - | | | | | | | **Unknown** |

Sheet no. __19__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **102,000.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **R Star Restaurants, Inc.** _____,   Case No. _____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**State Disbursement**<br>**PO Box 989067**<br>**West Sacramento, CA 95798** | | - | | | | | | **Unknown** |
| Account No.<br><br>**State of California Employment**<br>**PO Box 826288**<br>**Sacramento, CA 94230-6288** | | - | | | | | | **Unknown** |
| Account No.<br><br>**Straub Distributing Co**<br>**2701 Dow Ave**<br>**Tustin, CA 92780** | | - | | | | | | **Unknown** |
| Account No.<br><br>**Sullivans, Palm Desert**<br>**73505 El Paseo, Ste 2600**<br>**Palm Desert, CA 92260** | | - | | | | | | **Unknown** |
| Account No.<br><br>**Swisher**<br>**PO Box 473526**<br>**Charlotte, NC 28247-3526** | | - | | | | | | **Unknown** |

Sheet no. __20__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**0.00**

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **R Star Restaurants, Inc.** _____,  Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **Swisher Hygiene Franchisee Trust PO Box 473526 Charlotte, NC 28247-3526** | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Sysco Food Services Los Angeles Inc 20701 E. Currier Rd Walnut, CA 91789** | - | | | | | | X | **576,587.21** |
| Account No. | | | | | | | | |
| **Travelers CL Remittance Center Hartford, CT 06183** | - | | | | | | | **Unknown** |
| Account No. | | | | | | | | |
| **Tustin Heights SC, LP c/o Gerry C. Submelter, Esq. Blackmar, Principe & Schmelter, APC 600 B St, Ste 2250 San Diego, CA 92101-4521** | - | | | | | | X | **100,000.00** |
| Account No. | | | | | | | | |
| **Tustin Heights SC, LP PO Box 100542 Pasadena, CA 91189-0542** | | | | Related to: **Tustin Heights SC, LP** | | | | **Notice Only** |

Sheet no. __21__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **676,587.21**

B6F (Official Form 6F) (12/07) - Cont.

In re  **R Star Restaurants, Inc.**                                    ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| **Tustin Lock and Safe** **12932 Newport Ave** **Tustin, CA 92780** | - | | | | | | | | **Unknown** |
| Account No. | | | | | | | | | |
| **U.S. Air Conditioning** **16900 Chestnut St** **City of Industry, CA 91748** | - | | | | | | | | **1,039.38** |
| Account No. | | | | | | | | | |
| **US Bancorp** **1450 Channel Pkwy** **Marshall, MN 56258** | - | | | | | | | X | **100,000.00** |
| Account No. | | | | | | | | | |
| **Valley Funding, LLC** **90 Gwynn Mill Ct** **Owings Mills, MD 21117** | - | | | | | | | X | **300,000.00** |
| Account No. | | | | | | | | | |
| **Verizon California** **PO Box 9688** **Mission Hills, CA 91346-9688** | - | | | | | | | | **52.50** |

Sheet no. __22__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **401,091.88**

B6F (Official Form 6F) (12/07) - Cont.

In re  **R Star Restaurants, Inc.** ,                    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Wasserstrom** <br> **477 S. Front St** <br> **Columbus, OH 43215** | - | | | | | | **Unknown** |
| Account No. <br><br> **Waste Management of Inland Empire** <br> **PO Box 78251** <br> **Phoenix, AZ 85062-8251** | - | | | | | | **565.44** |
| Account No. <br><br> **When To Manage Restaurant Solutions** <br> **52 Moshier St** <br> **Greenwich, CT 06831** | - | | | | | | **Unknown** |
| Account No. <br><br> **White, Nelson & Co, LLP** <br> **2875 Michelle Dr, Ste 300** <br> **Irvine, CA 92606** | - | | | | | | **Unknown** |
| Account No. <br><br> **Young's Market Co** <br> **PO Box 30658** <br> **Los Angeles, CA 90030-0658** | - | | | | | | **Unknown** |

Sheet no. __23__ of __23__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal <br> (Total of this page) | **565.44** |
| Total <br> (Report on Summary of Schedules) | **2,026,565.85** |

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    **R Star Restaurants, Inc.**                                         ,    Case No. _____

    Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Bluestone Associates, LLC** | **Standard Industrial/Commercial Single-Tenant Lease**<br>**6575 East Pacific Coast Hwy, Long Beach, CA 90803**<br>**Dated July 22, 1998, Termination 7/31/2008** |
| **Charmar Property Acquisition, Inc.** | **Standard Industrial/Commercial Single-Tenant Lease**<br>**18601 Dexter Ave, Lake Elsinore, CA**<br>**Dated May 2, 2007 with delivery March 1, 2008**<br>**20 year lease** |
| **Charmar Property Acquisition, Inc.** | **Standard Industrial/Commercial Single-Tenant Lease**<br>**Corona, CA**<br>**Dated August 2, 2004 with delivery March 1, 2008**<br>**20 year lease** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2010 - Best Case Solutions - Evanston, IL - www.bestcase.com                                         Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re    **R Star Restaurants, Inc.**                                        ,    Case No. _____
_____
Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Central District of California

In re  **R Star Restaurants, Inc.**

Debtor(s)

Case No.

Chapter  **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the President of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**109**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **March  8, 2010**

Signature  **/s/ Gregg H. Rotcher**

**Gregg H. Rotcher**
**President**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Central District of California

In re  **R Star Restaurants, Inc.**                                      Case No. _____

                                     Debtor(s)                    Chapter     **11**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
| --- | --- |
| **$2,019,738.00** | **2010 YTD: Business Income** |
| **$12,739,168.00** | **2009: Business Income** |
| **$11,857,081.00** | **2008: Business Income** |

2

**2. Income other than from employment or operation of business**

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|  AMOUNT  |  SOURCE  |
|---|---|

**3. Payments to creditors**

None
■

*Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts.*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐

b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **To Be Provided Upon Request** | | **$0.00** | **$0.00** |

None
☐

c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **Gregg Rotcher, President 1222 East Irvine Blvd. Tustin, CA 92780    Insider** | **2009** | **$50,000.00** | **$0.00** |
| **Melinda Rotcher 1222 East Irvine Blvd. Tustin, CA 92780    Insider** | **2009** | **$50,000.00** | **$0.00** |
| **Stephen Rotcher 1222 East Irvine Blvd. Tustin, CA 92780    Son of Insider** | **Annual salary** | **$38,000.00** | **$0.00** |

3

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None
■

a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
| --- | --- | --- | --- |

None
■

b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**5.  Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6.  Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7.  Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

4

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Polis & Associates, APLC**<br>**19800 MacArthur Boulevard, Suite 1000**<br>**Irvine, CA 92612-2433** | **March 4, 2010** | **$61,039.00** |

**10. Other transfers**

None
■

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None
■

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

5

**13. Setoffs**

None ■ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None ■ List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None ■ If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

**16. Spouses and Former Spouses**

None ■ If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

6

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement* **only** *if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

**19. Books, records and financial statements**

None
☐

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Wertz & Company LLP**<br>**5450 Trabuco Rd**<br>**Irvine, CA 92620** | **2007 to 2010** |

None
☐

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| **Wertz & Company LLP** | **5450 Trabuco Rd**<br>**Irvine, CA 92620** | |

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

7

None ■  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                             DATE ISSUED

### 20. Inventories

None ■  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

|  |  | DOLLAR AMOUNT OF INVENTORY |
| --- | --- | --- |
| DATE OF INVENTORY | INVENTORY SUPERVISOR | (Specify cost, market or other basis) |

None ■  b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

|  | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY |
| --- | --- |
| DATE OF INVENTORY | RECORDS |

### 21 . Current Partners, Officers, Directors and Shareholders

None ■  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS                      NATURE OF INTEREST                    PERCENTAGE OF INTEREST

None ☐  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

|  |  | NATURE AND PERCENTAGE |
| --- | --- | --- |
| NAME AND ADDRESS | TITLE | OF STOCK OWNERSHIP |
| **Gregg Rotcher** | **President** | **100%** |
| **1222 East Irvine Blvd.** |  |  |
| **Tustin, CA 92780** |  |  |

### 22 . Former partners, officers, directors and shareholders

None ■  a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                               ADDRESS                              DATE OF WITHDRAWAL

None ■  b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS                      TITLE                                DATE OF TERMINATION

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

8

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                          TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **March  8, 2010**                         Signature   **/s/ Gregg H. Rotcher**
                                                              **Gregg H. Rotcher**
                                                              **President**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

**Form B203 - Disclosure of Compensation of Attorney for Debtor - (1/88)**          **1998 USBC, Central District of California**

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re | Case No.: |
|---|---|
| **R Star Restaurants, Inc.** | |
| Debtor. | **DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR** |

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **60,000.00** |
| Prior to the filing of this statement I have received | $ | **0.00** |
| Balance Due | $ | **60,000.00** |

2.  $ __1,039.00__ of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor     ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor     ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]

**Form B203 Page Two - Disclosure of Compensation of Attorney for Debtor - (1/88)**     1998 USBC, Central District of California

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following services
      **Representation does not include representing the debtor(s) relief from stay actions, appeals, Rule 2004 Examinations or related document productions, motions for reconsideration or any other adversary proceeding or contested bankruptcy matters.**

---

**CERTIFICATION**

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| <u>March  8, 2010</u> | <u>/s/ Thomas J. Polis</u> |
|---|---|
| *Date* | **Thomas J. Polis** |
| | *Signature of Attorney* |
| | **Polis & Associates, APLC** |
| | *Name of Law Firm* |
| | **19800 MacArthur Boulevard, Suite 1000** |
| | **Irvine, CA 92612-2433** |
| | **(949) 862-0040  Fax: (949) 862-0041** |

---

Verification of Creditor Mailing List - (Rev. 10/05)                                                          2005 USBC, Central District of California

# MASTER MAILING LIST
## Verification Pursuant to Local Bankruptcy Rule 1007-2(d)

Name    **Thomas J. Polis**

Address    **19800 MacArthur Boulevard, Suite 1000 Irvine, CA 92612-2433**

Telephone    **(949) 862-0040 Fax: (949) 862-0041**

■ Attorney for Debtor(s)
☐ Debtor in Pro Per

| UNITED STATES BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA | |
|---|---|
| List all names including trade names used by Debtor(s) within last 8 years:<br>**R Star Restaurants, Inc.**<br>**DBA Lone Star Steakhouse; DBA Lone Star Steakhouse & Saloon** | Case No.: |
| | Chapter:    **11** |
| | |

## VERIFICATION OF CREDITOR MAILING LIST

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of   **62**   sheet(s) is complete, correct, and consistent with the debtor's schedules pursuant to Local Rule 1007-2(d) and I/we assume all responsibility for errors and omissions.

Date:    **March  8, 2010**

**/s/ Gregg H. Rotcher**
**Gregg H. Rotcher**/President
Signer/Title

Date:    **March  8, 2010**

**/s/ Thomas J. Polis**
Signature of Attorney
**Thomas J. Polis**
**Polis & Associates, APLC**
**19800 MacArthur Boulevard, Suite 1000**
**Irvine, CA 92612-2433**
**(949) 862-0040   Fax: (949) 862-0041**

R Star Restaurants, Inc.
1222 East Irvine Boulevard
Tustin, CA 92780


Thomas J. Polis
Polis & Associates, APLC
19800 MacArthur Boulevard, Suite 1000
Irvine, CA 92612-2433


Office of the US Trustee, Santa Ana
411 West Fourth St, Ste 9041
Santa Ana, CA 92701-8000


AABCO Water Heater
PO Box 1212
Los Alamitos, CA 90720


Adalid Jimenez
1007 West Myrtle
Santa Ana, CA 90703


Adam Contreras
316 Cherry Ave, #303
Long Beach, CA 90802


Adi Cosic
c/o Richard C. Quintilone II, Esq.
Quintilone & Associates
22974 El Toro Rd, Ste 100
Lake Forest, CA 92630


ADT Security Services, Inc.
PO Box 371956
Pittsburgh, PA 15250

Advanced Powerwashing
12882 Western Ave
Garden Grove, CA 92841


Agustin Rodriguez
712 W. Cully Dr
Orange, CA 92865


Airgas West CA
PO Box 7423
Pasadena, CA 91109-7423


Alejandra Ayala
1092 Cabrillo Park, Apt. A
Santa Ana, CA 92701


Alfonso Vargas
406 Sierra Vista, #35
Corona, CA 92882


Allyson C. Anderson
3541 Sweetwater Cr
Corona, CA 92882


Alyssa J. Reyes
1272 Bonsai Cir
Corona, CA 92882


Amanda L. Cullen-Rambo
23312 Desertwood
Lake Forest, CA 92630

American Linen
900 N. Highland Box 38757
Los Angeles, CA 90038

American Linen
PO Box 25068
Anaheim, CA 92825-5068

American Pacific Promotions
2012 Pin Oak Pl
Danville, CA 94506

Amy A. McAllister
15635 Vista Wy, #10
Lake Elsinore, CA 92532

Amy R. Leonard
654 Cherry St
Corona, CA 92881

Ana Maria Vera-Montano
16421 McFadden, #360
Tustin, CA 92780

Andrea I. Ruffino
14 Titian
Aliso Viejo, CA 92656

Andrew J. Vasquez
220 Kennebec
Anaheim, CA 92807

Angel Maldonado
1007 W. Myrtle
Santa AnaCA 92703


Angela A. Sifuentes
10122 Broodside Dr
Garden Grove, CA 92840


Angela I. Boyd
1362 Longmont Pl
Santa Ana, CA 92705


Angela V. Sikkenga
5448 Jubilee Pl, #A
Mira Loma, CA 91752


Anheuser-Busch
20499 South Reeves Ave
Long Beach, CA 90810-1011


Anthony J. Arrocha
1651 Brookshire Ave
Tustin, CA 92780


Anthony Trevino
137 E. Peck St
Lake Elsinore, CA 92530


Antone J. Ribaudo
322 S. Crest Rd.
Orange, CA 92868

Antonio L. Perez
31600 Vista Blvd.
Lake Elsinore, CA 92532


Arellanos Trinidad
320 Saint Andrew Pl
Santa Ana, CA 92707


Armando Rodriguez
429 S. Ross St.
Santa Ana, CA 92701


Arnoldo Guzmon
510 Mortimey, #304
Santa Ana, CA 92701


Arturo Bautista-Martinez
1305 S. Wood
Santa Ana, CA 92704


Arturo Cuevas
29055 11th St
Lake Elsinore, CA 92532


ASCAP
2675 Paces Ferry Rd SE, Ste 350
Atlanta, GA 30339


Ashley N. Hayne
99 63rd Pl, Apt. 3
Bellflower, CA 90706

Ashlie M. Hobson
5434 Jubilee Pl, #D
Mira Loma, CA 91752


AT&T
Payment Center
Sacramento, CA 95887-0001


Audrey Wyke
911 E. 36th St.
Long Beach, CA 90807


Austin D. Goodman
12002 Martha Ann Dr.
Los Alamitos, CA 90720


Bank of America
Business Banking Services
150 N. Hacienda Blvd, 2nd Fl
City of Industry, CA 91744


BEN-E-LECT
5429 Avenida De Los Robles, Ste A
Visalia, CA 93291


Bernardo Rivera
518 S. Ross
Santa Ana, CA 92701


Bianca R. Fuentes
19691 Date St
Nuevo, CA 92567

Bingo Lingo Promotional Publishers
30141 Antelope Rd, Ste D-236
Menifee, CA 92584


Bluestone Associates, LLC
c/o Tamara Pow, Esq.
Structure Law Group, LLC
1754 Technology Dr, Ste 135
San Jose, CA 95110


Bluestone Associates, LLC
6012 Montgomery Corner
San Jose, CA 95135


Bluestone Associates, LLC


Bonnie A. Robinson
4795 Bain St
Mira Loma, CA 91752


Brandon D. Rotcher
30505 Canyon Hills Rd, Unit #1203
Lake Elsinore, CA 92532


Brandon M. Gomez
4000 Pierce St, #27
Riverside, CA 92505


Breauna R. Gildea
23592 Windsong, Apt #32J
Aliso Viejo, CA 92656

Brenden P. Burley
655 Terraine Ave
Long Beach, CA 90814


Brian Fletcher
21401 Cypresswood
Lake Forest, CA 92630


Briana L. Hardtke
26181 San Marino Ct.
Mission Viejo, CA 92692


Brianna M. Jackson
929 Coronado Ave.
Long Beach, CA 90804


Brielle J. Wiley
20131 Corona St
Corona, CA 92881


Brittany A. Garcia
23671 Cambridge Circle, Apt. 128
Laguna Niguel, CA 92677


Brittany A. Holmes
5170 Melbourne
Riverside, CA 92508


Brittany L. Hill
14655 Red Hill
Tustin, CA 92780

Brittany N. Anascavage
15177 Lincoln St, #G2
Lake Elsinore, CA 92530


Brittney C. Santos
5019 Dunrobin Ave
Lakewood, CA 90713


Brittney R. Davis
18182 Norwood Park Pl
Tustin, CA 92780


Brooke A. Duarte
12762 Panorama View
Santa Ana, CA 92705


Bryan Exhaust Service, Inc.
2808 N. Naomi St
Burbank, CA 91504


Byron Garzona
509 W. Limited Ave, Apt A
Lake Elsinore, CA 92530


Cal Met Services
7202 Petterson Ln
Paramount, CA 90723


California State Disbursement
PO Box 989067
West Sacramento, CA 95798

California Sullivan's Inc.
5055 W. Park Blvd, Ste 500
Plano, TX 75093


Cameron N. Peronto
2000 Park Ave., Apt 28
Long Beach, CA 90815


Candelario Rodriguez
207 S. Orange Ave, Apt. #206
Santa Ana, CA 92701


CapTerra Financial Group, Inc.
1440 Blake St, Ste 310
Denver, CO 80202


Cari A. McKnight
31735 Riverside Dr
Lake Elsinore, CA 92532


Carlos C. Alvarez
509 W. Limite Ave, Apt A
Lake Elsinore, CA 92530


Carlos Rojas
1620 Berrywood, #B
Corona, CA 92882


Carlton, Disante & Fruedenberger
2600 Michelson Dr, Ste 800
Irvine, CA 92612

Carmen Sandoral
23292 Yee
Moreno Valley, CA 92553


Caroline A. Heyer
9 Ceramica
RanchoSantaMargarita, CA 92688


Carrco
13191 56th Court North, #102
Clearwater, FL 33760


Casey G. Oberg
8551 True Ave.
Pico Rivera, CA 90660


Cassandra D. Hailey
3071 Pansy Cir
Corona, CA 92881


Cassandra N. Grageda
5146 Carita St
Long Beach, CA 90808


Champers Heating & Air Conditioning
16985 Brooklyn Ave
Yorba Linda, CA 92886


Charmar Property Acquisition, Inc.

Chelsea R. Sorensen
3031 Cheetah Cir
Corona, CA 92882


Chenae R. Dahlstrom
17045 Medallion, # 22
Tustin, CA 92780


Chris E. Billings
25454 Navajo Dr.
Lake Forest, CA 92630


Christina K. Tsacoumangos
24141 Adonis St
Mission Viejo, CA 92691


Christina S. Lawrence
7051 E. Aivlis
Long Beach, CA 90815


Christine M. Duckworth
23243 Canyon Lake Dr
Canyon Lake, CA 92587


Christopher A. McDonald
23151 Guinea St
Lake Forest, CA 92630


Christopher R. Murry
13692 Buckskin Trail
Corona, CA 92883

Christopher S. Winsor
28442 Botorrita
Mission Viejo, CA 92692


Christy R. Ellis
4121 Hathaway Ave., #1
Long Beach, CA 90815


Ciera T. Phenicie
205 Greengate St
Corona, CA 92879


City of Corona
PO Box 950
Corona, CA 92878-0950


City of Long Beach, California
333 West Ocean Blvd, 13th Fl
Long Beach, CA 90802


City of Tustin
300 Centennial Wy
Tustin, CA 92780


Clarnetta E. Madden
15166 Grand Ave, Apt #1
Lake Elsinore, CA 92530


Claudio Lopez
1130 Circle City
Corona, CA 92879

Constance R. Frick
25496 Morningstar Rd
Lake Forest, CA 92630


Corona Pointe Owners Association
c/o Mar West Real Estate
PO Box 500608
San Diego, CA 92150-0608


CPT Group, Inc.
16630 Aston
Irvine, CA 92606-4840


CR&R Inc.
PO Box 206
Stanton, CA 90680-0206


Cristian Varguez
1514 Cherry Ave
Long Beach, CA 90813


Cynthia E. Reagan
30223 Longhorn Dr
Canyon Lake, CA 92587


Dana K. Coolbaugh
34283 Lupine Ct
Lake Elsinore, CA 92532


Daniel A. Contrcras
471 E. Rancho Rd
Corona, CA 92879

Daniel Arevalo Garcia
32150 Machado St
Lake Elsinore, CA 92530


Danielle M. McCourt
13202 Sussex Pl
Tustin, CA 92705


Dataworks
4550 S. Windermere St
Englewood, CO 80110-5541


David J. Hettinger
12340 Wildflower Ln
Riverside, CA 92503


David Martinez
1602 Nisson Rd, Apt. L-3
Tustin, CA 92780


David P. Woods
606 Simplicity
Irvine, CA 92620


Dawn D. Ayers
8355 Plainview St
Riverside, CA 92508


Deborah D. Kalic
22159 Crusader Pl
Canyon Lake, CA 92587

Dena Bradshaw
17568 Jefferson
Huntington Beach, CA 92647


Denai E. Rosen
2580 Mangular
Corona, CA 92882


Desiree C. Mahler
2130 W. Crescent, #2158
Anaheim, CA 92801


Desiree J. Giffard
2501 East 10th St., Apt. A
Long Beach, CA 90804


Desiree M. Hernandez
4129 Iroquois Ave.
Long Beach, CA 90804


Devin I. Farquhar
2862 Brimhall Dr.
Rossmoor, CA 90720


Diamond Sharp Cutlery, Inc.
513 Mercury Ln
Brea, CA 92821


Dionicio Rayo
12512 Morningstar, Apt #6
Garden Grove, CA 92843

Direct TV
PO Box 60036
Los Angeles, CA 90060-0036


Domingo Herrera
14171 Debusk
Tustin, CA 92780


EcoLab
PO Box 100512
Pasadena, CA 91189-0512


EcoLab Pest Elimination
PO Box 6007
Grand Forks, ND 58206-6007


Eder G. Ortiz
823 Parton, #3
Santa Ana, CA 92701


Edna Lopez
1106 W. Mantle Ln, Apt #D
Santa Ana, CA 92705


Eduardo Iglesias
445 Daisy Ave
Long Beach, CA 90802


Edwin Gibson
974 Silvercreek Rd
Corona, CA 92882

El Toro Water District
PO Box 6007
Grand Forks, ND 58206-6007


Elaine G. Katzelis
14 Briercliff
Dove Canyon, CA 92679


Elisa A. Abarta
25541 Sawmill Ln
Lake Forest, CA 92630


Elizabeth A. Goodwin
12772 Chase St.
Garden Grove, CA 92845


Elizabeth Maldonado
806 S. Broadway
Santa Ana, CA 92701


Elsinore Valley Municipal Water Dst
31315 Chaney St
Lake Elsinore, CA 92530-2743


Embroidery & More
31701 Riverside Dr, Ste B
Lake Elsinore, CA 92530


Entertainment Publications
1414 E. Maple Rd
Troy, MI 48083

Epifanio Hernandez
1130 Circle City
Corona, CA 92879


Eric J. Kennedy
19600 Blacksmith Path
Corona, CA 92881


Erika Munoz
443 Orange Ave, Apt #15
Long Beach, CA 90802


Erin D. DeBrita
17972 Huntington Circle
Villa Park, CA 92861


Erin K. Muniga
24771 Crown Royale
Laguna Niguel, CA 92677


Erin M. Mattson
15057 Zieglinde Dr
Lake Elsinore, CA 92530


Ernesto Argemiro Martinez
1123 S. Clarence St
Anaheim, CA 92806


Evaristo Martinez
1305 S. Wood
Santa Ana, CA 92704

Eversoft
707 West 16th St
Long Beach, CA 90813


Facilitec-West
1536 West 25th St, #168
San Pedro, CA 90732


Farmer Brothers Co.
PO Box 79705
City of Industry, CA 91716


Federal Express
PO Box 7221
Pasadena, CA 91109-7321


Fernando Sepulveda
1322 Dawson Ave
Long Beach, CA 90804


Fire Safety First
1170 E. Fruit St
Santa Ana, CA 92701


Fishbowl, Inc.
Dept At 952733
Atlanta, GA 31192-2733


Franchise Tax Board
Attn: Bankruptcy
PO Box 2952
Sacramento, CA 95812-2952

Franchise Tax Board
PO Box 942867
Sacramento, CA 94267-0011


Francisco Estrada
1121 S. Arapaho
Santa Ana, CA 92704


Francisco Marcial
23248 Orange Ave, #6
Lake ForestCA 92630


Frank Redmond & Associates
1815 Indian School Rd
Phoenix, AZ 85016


Frankie E. Torres
1650 Via Pacifica, #104
Corona, CA 92882


Fredi Lopez
1007 W. Myrtle
Santa Ana, CA 92703


G&F Appliance Service
1404 Deborah Pl
Beaumont, CA 92223


Gabino Gonzalez
1038 Orange Ave
Long Beach, CA 90813

Gabriella M. Venturo
30671 Pier Point Cir
Menifee, CA 92584


Garr A. Persson
18061 Lassen Dr.
Santa Ana, CA 92705


Gas Co.
PO Box C
Monterey Park, CA 91756


Gate City Beverage Dist
Dept. #2685
Los Angeles, CA 90084-2685


GE Financial
8377 E. Hartford Dr., Ste 200
Scottsdale, AZ 85255


General Electric Capital Corp
8377 E. Hartford Dr
Scottsdale, AZ 85255


George Barragan
259 W. Wabash St
San Bernardino, CA 92405


Geraldine Escovar
29875 Kratka Ridge Ln
Sun City, CA 92586

Geraldine J. Volk
27145 Tossamar
Mission Viejo, CA 92692


Gerardo M. Martinez
662 W. Main St, #C
Tustin, CA 92780


Gerardo R. Perez
5525 Pacific Coast Hwy
Long Beach, CA 90804


Giron J. Francisco
10602 Bonner St, #21
Riverside, CA 92505


Glacier Design Systems, Inc.
5985 Engineer Dr
Huntington Beach, CA 92649


Glen M. Soxman
13792 Malena Dr.
Tustin, CA 92780


Green's Landscaping
28051 Via Del Cerro
San Juan Capistrano, CA 92675


Gregg Harris Rotcher
22484 Amber Eve Dr
Corona, CA 92883

Gumercindo Vargaz Rico
429 S. Ross St.
Santa Ana, CA 92701


Hannah A. Newmaster
3372 Redport Dr
Corona, CA 92881


Harbor Distributing, LLC
Dept. #2685
Los Angeles, CA 90084-2685


Heather L. Bentley
6977 Cottonwood Cir.
Corona, CA 92882


Hector Maldonado
1430 Richland Ave
Santa AnaCA 92703


Hermelindo Ojeda
26356 Vintage Woods Rd, #16J
Lake Forest, CA 92630


Hobart Corp
1350 E. Riverview Dr
San Bernardino, CA 92408


Hobart Corp.
7050 Village Dr, Ste B
Buena Park, CA 90621

Howard J. Finona
26921 Fort Apache Circle
Lake Forest, CA 92630


Ian J. Linzy
2017 Barclay Ct
Santa Ana, CA 92701


Ingardia Bros. Produce Inc.
700 S. Hathaway
Santa Ana, CA 92705


Internal Revenue Service
c/o Civil Trial West
Tax Division US Dept Justice
Washington, DC 20530


Internal Revenue Service
Fresno, CA 93888


Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114


Internal Revenue Service
Insolvency Group 3 Mail Stop 5503
24000 Avila Rd
Laguna Niguel, CA 92677


Internal Revenue Service
Kansas City, MO 64999

Island Oasis Frozen Cocktail Co Inc
PO Box 847881
Boston, MA 02284


Ivan Gonzalez
24 Bella Lucia
Lake Elsinore, CA 92532


Jacqueline M. Aguirre
6214 E. Monita St
Long Beach, CA 90803


Jacqueline N. Roman
12439 Gradwell St.
Lakewood, CA 90715


Jacqueline R. Santos
4118 Nipomo Ave.
Lakewood, CA 90715


Jaime De La Torra
11612 Teaberry Ct
Fontana, CA 92337


James H. Dulac
1440 E. 52nd St
Long Beach, CA 90805


Jamie L. Sarmiento
33122 Leeward Wy
Lake Elsinore, CA 92530

Jamie N. Briner
26492 Mimosa Ln.
Mission Viejo, CA 92691


Jasmine Damian
1881 Mitchell Ave., #104
Tustin, CA 92780


Jasmine Moore
1761 Brookshire
Tustin, CA 92780


Jason J. Mastromatteo
25391 Helena Cir
Mission Viejo, CA 92691


Jason J. Mellin
7841 Shaffer Circle, #4
Huntington Beach, CA 92648


Jeffrey M. Keller
16 Bunker Hill
Irvine, CA 92620


Jenna Pavich
3500 Claremore Ave.
Long Beach, CA 90808


Jennifer B. Smyj
659 Black Oak Cir
Corona, CA 92881

Jennifer C. Rand
33223 Willow Tree Ln
Wildomar, CA 92595


Jennifer L. Elsner
39415 Aredenwood Wy
Lake Elsinore, CA 92532


Jennifer S. Lutz
229 E. Parkridge Ave, Apt B
Corona, CA 92879


Jenny A. Powers
1411 Toscanini Dr.
Rancho Palos Verdes, CA 90275


Jeremy James Garwood
29346 Schooner Ln
Lake Elsinore, CA 92530


Jeremy M. Alba
23922 Calle Hogar
Mission Viejo, CA 92619


Jesse M. Decker
8235 E. Loftwood Ln
Orange, CA 92867


Jessica Cmela
13052 Wreath Pl
Tustin, CA 92780

Jessica Ferrin
5545 Chatham Dr
Riverside, CA 92506


Jessica L. Tolentino
2781 Carefree Wy
Corona, CA 92880


Jessica R. Ellis
10 Via Amistosa, Apt C
RanchoSantaMargarita, CA 92688


Jessie T. Shaw
12651 Shasta Wy
Santa Ana, CA 92705


Jessyca DeDeaux
16343 Grand Ave, Apt #10
Lake Elsinore, CA 92530


Jesus Balmaseda
3761 Harvill Ln, #6
Riverside, CA 92503


Jill M. Thomas
8613 Rolling Hills Dr
Corona, CA 92883


Joel P. Marlow
4183 Inca Pl
Riverside, CA 92505

John V. Piraino
9928 Rose St.
Bellflower, CA 90706


Jonathan Laverde
24191 Delphi St
Mission Viejo, CA 92691


Jordan A. Helm
1802 Garretson Ave
Corona, CA 92879


Jordan Gerald Kink
4900 Castana Ave, Apt #4
Lakewood, CA 90712


Jose Benitez
1229 W. 6th St
Corona, CA 92882


Jose Espinosa
605 Walnut
Walnut, CA 90802


Jose Garay, Esq.
Jose Garay, APLC
2030 Main St, Ste 1300
Irvine, CA 92614


Jose Garcia
779 Ganilap, #103
Corona, CA 92879

Jose Hernandez
220 S. A St.
Perris, CA 92576


Jose L. Alvinez
23151 Tulip St
Lake Forest, CA 92630


Jose Luis Urrea
Romona
Corona, CA 92879


Jose M. Magana
Chaplain St
Morena Valley 92557


Josh A. Cantillo
2790 N. Gaff St
Orange, CA 92865


Josh L. Sedgwick
12350 Del Amo Blvd., #2510
Lakewood, CA 90715


Joshua T. Hogstrom
22375 Hayworth Ct
Corona, CA 92883


Joyce Gemayel
1230 Londonderry
Costa Mesa, CA 92626

Juan C. Perez-Ramirez
21004 Canyon Ridge Dr
Lake Elsinore, CA 92532


Juan Cruz
24513 Los Alisos Blvd, Apt. #15
Laguna Hills, CA 92653


Juan Francisco Rodriguez
429 S. Ross St.
Santa Ana, CA 92701


Juan P. Lopez
23333 Ridge Route, #141
Lake Forest, CA 92630


Juan Vela
3550 Candlewood St
Corona, CA 92879


Julio Lopez
201 E. Prospect
Lake Elsinore, CA 92530


Juvencio Rodriguez
2041 W. Oak Ave
Fullerton, CA 92833


Kaily Rasmussen
58 Carson
Irvine, CA 92620

Kaitlin K. Ensign
15023 Vista View
Lake Elsinore, CA 92530

Kallie L. Lusk
33291 Mackay Dr
Lake Elsinore, CA 92530

Kandace M. Aragon
412 Selkirk Dr
Corona, CA 92881

Kandice Gravatt
23 Greenvale
RanchoSantaMargarita, CA 92688

Karin B. Munden
24901 Buttercup
Laguna Niguel, CA 92677

Karly M. Wegner
25841 Elderbrook Ln
Laguna Hills, CA 92653

Katharine N. Heinlein
18031 Balfern Ave.
Bellflower, CA 90706

Katherine J. Walker
2535 E. Jackson Ave.
Orange, CA 92867

Katie B. Beazley
13462 Roane Circle
Tustin, CA 92780


Katie N. Roza
26611 Fresno Dr
Mission Viejo, CA 92691


Katlin N. Nordland
16840 Holbrow Ave
Lake Elsinore, CA 92530


Kaylinka C. Osip
22 Ponte Fiera
Lake Elsinore, CA 92532


Kelli Ann Atcheson
13032 Ranchwood Rd.
Tustin, CA 92782


Kelly A. Gonderman
14813 Harvest Ave.
Norwalk, CA 90650


Kelsey P. Jordan
14882 Braeburn Rd
Tustin, CA 92780


Kelsey R. Wood
14 Crockett
Irvine, CA 92620

Kendra D. Miller, Esq.
Ursula K. Guzman, Esq.
Crowell & Moring, LLP
3 Park Plaza, 20th Fl
Irvine, CA 92614-8505


Kendra L. Scoville
30033 Audelo
Lake Elsinore, CA 92530


Kiandokht Rabbani
22425 Woodgrove Rd
Lake Forest, CA 92630


Kim C. DiIullo
19251 Sleeping Oak Dr
Trabuco Canyon, CA 92679


Kim White
45037 Bronze Star Rd
Lake Elsinore, CA 92532


Kimberly A. Couch
1267 Old Hickory Rd
Corona, CA 92882


Kimberly M. Kinsley
27520 Coyote Cir
Quail Valley, CA 92587


Kristen M. Corwin
13038 Ardis Ave.
Downey, CA 90242

Kristi J. Morita
2165 Del Mar Rd
Norco, CA 92860


Kristie M. Lee
2076 W. Ontario Ave
Corona, CA 92882


Kristin E. Bryeans
5428 Adele Ave.
Whittier, CA 90601


Kristlyn J. Colucci
2424 N. Tustin Ave, Apt P6
Santa Ana, CA 92705


Krystle M. Ball
1300 E. Fairhaven Ave, Apt #32
Santa Ana, CA 92705


Kyle Hollandsworth
53214 Iceberg St
Lake Elsinore, CA 92532


Kyle J. Taylor
35413 Coyote Creek Ct
Lake Elsinore, CA 92532


Lady Diana Davalos
23791 La Rosa Dr
Lake Forest, CA 92630

Laura J. Thomas
54 Lewis
Irvine, CA 92620


Laura L. Herrera
24 Via Cordoba
RanchoSantaMargarita, CA 92688


Lauren A. Couden
30610 Early Round Dr
Canyon Lake, CA 92587


Lauren K. Driscoll
13056 Rich Spring Wy
Corona, CA 92883


Lauren T. Carlson
13911 Berrington Ct
Santa Ana, CA 92705


Leah D. Robinson
3024 Knoxville Ave.
Long Beach, CA 90808


Leah R. Fry
9925 Rose St.
Bellflower, CA 90706


Lindsey M. Barger
1984 Old Carson Cr.
Corona, CA 92883

Lindsey R. Sharp
29955 Redwood Dr
Canyon Lake, CA 92587


Lone Star Business Solutions
125 N. Market, Ste 1300
Wichita, KS 67202


Lone Star Finance, Inc.
244 E. Douglas, Ste 700
Wichita, KS 67202


LSF5 Cactus Franchisor, LLC
Lone Star Steakhouse
5055 W. Park Blvd, Ste 550
Plano, TX 75093


Luis Enrique Maldonado
1430 Richland Ave
Santa Ana, CA 92703


Luis Miguel Esparza
1322 Dawson Ave
Long Beach, CA 90804


Luis Octamendez
24513 Los Alisos Blvd
Aliso Viejo, CA 92653


Madison L. White
17541 Linda Ln.
Tustin, CA 92780

Maisano's Bakery & Deli
10520 Garden Grove Blvd
Garden Grove, CA 92843


Manuel Sanchez
1229 W. 6th St, #64
Corona, CA 92882


Marcie R. Nordman
666 Woodcrest Dr, #A
Lake Elsinore, CA 92530


Marcos Cortez
31600 Boulder Vista Dr
Lake Elsinore, CA 92530


Margaret C. Anderson
9701 Grahm St., #5
Cypress, CA 90630


Maria F. Hernandez
26302 Los Viveros
Mission Viejo, CA 92691


Maria K. Andara
21904 Montagu
Mission Viejo, CA 92691


Maria Martinez
919 S. Lyon, Apt. 2
Santa Ana, CA 92705

Marisa J. Horsley
32973 Batson Ln
Wildomar, CA 92595


Marissa DeLeon
2133 N. Olive
Santa Ana, CA 92706


Marketplace Merchant Association
6553 Pacific Coast Hwy
Long Beach, CA 90803-4202


Marlene L. Tyson
309 Robinhood Ln.
Costa Mesa, CA 92627


Martin Montes
1502 Durant St, Apt #201
Santa Ana, CA 92706


Marty J. Millman
221 Argonne Ave.
Long Beach, CA 90803


Mary E. Bellafaire
25312 Maximus
Mission Viejo, CA 92691


Mary R. Doolan
24909 Madison Ave, Unit #2224
Murrieta, CA 92562

Matthew J. Moe
12262 Rebecca Ln
Santa Ana, CA 92705


MCI
PO Box 371838
Pittsburgh, PA 15250-7838


Meadowbrook Meat Company, Inc.
2641 Meadowbrook Rd
Rocky Mount, NC 27802


Meagan K. Burnett
831 Moyano Cir.
Corona, CA 92882


Megan C. Gulllotta
15882 Camo Bluff Ct
Fountain Valley, CA 92708


Megan L. Geier
23782 Birch
Mission Viejo, CA 92691


Megan L. Nihan
24941 Hendson St
Laguna Hills, CA 92653


Megan M. Mahlstedt
17731 Anglin Ln.
Tustin, CA 92780

Meghan A. Gabrielson
12391 Wembley Rd.
Los Alamitos, CA 90720


Meghan B. Breitkreutz
7832 Starshell Dr.
Huntington Beach, CA 92648


Mel Goldman
Trilogy Now.com Advertising
24268 Owl Ct.
Corona, CA 92883


Melanie Young
21496 Lake Forest Dr, Apt H
Lake Forest, CA 92630


Melinda Beth Rotcher
22484 Amber Eve Dr
Corona, CA 92883


Melinda Keo
2085 High Pointe Dr
Corona, CA 92879


Melinda M. Bolton
24871 Paseo Vendaval
Lake Forest, CA 92630


Melissa S. Gotsill
24264 El Pilar
Laguna Niguel, CA 92677

Melissa S. Rogers
32877 Marie Dr
Lake Elsinore, CA 92530


Michael Gutierrez
2650 E. College Pl
Fullerton, CA 92813


Michael T. Montella
2197 Carefree Wy
Corona, CA 92880


Michelle K. Wilhelm
779 San Juan, G-203
Corona, CA 92879


Mike N. Vanides
25272 Clemens Ln
Lake Forest, CA 92630


Minuteman Plumbing & Drain Service
PO Box 4983
Garden Grove, CA 92842


Miranda L. Swann
964 Nottingham Dr
Corona, CA 92880


Monte R. Roberts
27161 Valleymont Rd.
Lake Forest, CA 92630

Morgan E. LaDow
1892 Brookshire
Tustin, CA 92780


Mostafa Tohamy
3401 S. Lowell St
Santa Ana, CA 92707


Muzak-Southern California
PO Box 71070
Charlotte, NC 28272-1070


Netpos
510 Highland Ave, #320
Milford, MI 48381-1586


Next Day Gourmet
PO Box 64177
Saint Paul, MN 55164


Nicholas J. Meislahn
813 N. Red Robin
Orange, CA 92869


Nickole A. Martinez
26222 Los Viveros, #A
Mission Viejo, CA 92691


Nicole F. Hutton
24082 Parkhill Rd
Lake Forest, CA 92630

Nicole Seinturier
33155 Robert St
Lake  Elsinore, CA 92596


Nikoo Almassi-Sahne
26355 Eva St.
Laguna Hills, CA 92653


Noe Zuniga
1415 N. Durant, #5
Santa Ana, CA 92706


Orange Commercial Service, Inc.
1315 N. Tustin, Ste 250
Orange, CA 92867


Orange County Register
PO Box 7154
Pasadena, CA 91109


Orange County Sheriff
909 N. Main St, Ste 2
Santa Ana, CA 92701


Orsue Jimenez-Lopez
1306 Broadway
Santa Ana, CA 92701


Osualdo Alejandro Martinez
1602 Nisson Rd, Apt. L-4
Tustin, CA 92780

Pacific Castle Long Beach LP
c/o Richard L. Seide, Esq.
Law Offices of Richard Seide
901 Dove St, Ste 120
Newport Beach, CA 92660-3018


Pacific Castle Long Beach LP
2601 Main St, Ste 900
Irvine, CA 92614


Pacificare
PO Box 6099
Cypress, CA 90630


Paige L. Rice
860 Serfas Club
Corona, CA 92882


Pamela M. Pareno
20302 Hawaiian Ave.
Lakewood, CA 90715


Pascual Maldonado
805 S. Broadway
Santa Ana, CA 92701


Patricia G. Rodriguez
24 Bella Lucia
Lake Elsinore, CA 92532


PC Complete
742 Livernois
Ferndale, MI 48220

Pedro Vasquez
15701 B St
Tustin, CA 92780


Peter A. Cuomo
13521 Laurinda Wy
Tustin, CA 92705


Pollution Control Specialists, Inc.
1354 S. Ritchey St
Santa Ana, CA 92705-4727


Pouya Barzegar Marvasti
43 Via Abruzzi
Aliso Viejo, CA 92656


Pro-Edge Knife
7431 Mission Gorge Rd
San Diego, CA 92120


Rachael M. Newmaster
4312 Green Ave, Apt #14
Los Alamitos, CA 90720


Rachel A. Isen
22325 Parkwood St
Lake Forest, CA 92630


Ramiro G. Maldonado
5001 W. Cristal Ln
Santa Ana, CA 92704

Raquel N. Lee
16770 Rocky Glen Rd
Perris, CA 92570


Raul V. Pena
3663 Andover St
Corona, CA 92879


Ray O. Phillips
24008 Augusta Dr
Corona, CA 92883


Raymundo Maya-Garcia
23822 La Rosa
Lake Forest, CA 92630


Rebecca M. Franco
2729 Quail Knoll
Lake Elsinore, CA 92530


Regan E. Norwood
13452 Oak Ln
Santa Ana, CA 92705


Renee L. Ashworth
13102 Rosalind
Santa Ana, CA 92705


Renee M. Pillette
10276 Whitecrown Cir
Corona, CA 92883

Restaurant Tea Service, Inc.
3075 N. Lima St
Burbank, CA 91504


Restaurant Technologies, Inc.
12962 Collections Center Dr
Chicago, IL 60693


Reyes Ramirez
6244 California St
Long Beach, CA 90805


Reyna Rayo
1618 Severgren, #B
Santa Ana, CA 92707


Ricardo Jimenez
589 Penrose Dr
Corona, CA 92880


Richard E. Quintilone, Esq.
Dayna C. Carter, Esq.
Quintilone & Associates
22974 El Toro Rd, Ste 100
Lake Forest, CA 92630


Richele A. Reyes
2127 Zandia Ave.
Long Beach, CA 90815


Rigoberto Bonilla
626 Walnut Ave
Long Beach, CA 90802

Robert J. Bustamante
136 4th St,  Apt. A
Seal Beach, CA 90740


Robert J. MacFarlane
580 N. Pageant Dr., Apt A
Orange, CA 92869


Roberto Lopez
1047 1st St, #4
Long Beach, CA 90802


Robyn E. Norcutt
29700 Longhorn Dr
Canyon Lake, CA 92587


Robyn Patricia Marotta
1224 Bennett Ave., #1
Long Beach, CA 90804


Rodrigo Rodriguez
147 E. Wakefield
Anaheim, CA 92802


Rodriquez Alfonzo
2041 W. Oak Ave
Fullerton, CA 92833


Roger Carter, Esq.
Carter Law Firm
2030 Mail St, Ste 1300
Irvine, CA 92614

Rosa Gonzalez
407 N. Riley St
Lake Elsinore, CA 92530


Rose C. Agracewicz
23102 Canyon Lake Dr
Canyon Lake, CA 92587


Roxanne Golkar
436 N. Bellflower Blvd., Apt. 307
Long Beach, CA 90814


Ruben Corona
26358 San Jacinto St
Hemet, CA 92543


Ryan J. Stoller
15660 Laguna Ave
Lake Elsinore, CA 92530


Sabas Estrada
621 Eastwood
Santa Ana, CA 92701


Sabrina D. Pagano
16628 Montego Wy
Tustin, CA 92780


Salvador Ayala
780 S. Lyon, Apt. 902
Santa Ana, CA 92705

Samantha B. Tiffany
22873 Mission Bells St
Corona, CA 92883


Sara A. Kulpaca
15356 Regatta Wy
Lake Elsinore, CA 92530


Sara C. Guerra
1435 Circle City Dr, #1
Corona, CA 92879


Sara J. Phillips
7860 Serenity Falls Rd
Corona, CA 92880


Sarah K. Perrotte
27450 Read St
Perris, CA 92570


Sarah L. Stephenson
15421 Van Buren St., Apt. 106
Midway City, CA 92655


Sarah N. Chavarela
715 West Main St.
Tustin, CA 92780


Sarah S. Millar
23540 Waldon Rd
Menifee, CA 92584

Scott B. Cooper, Esq.
Cooper Law Firm, P.C.
2030 Main St, Ste 1300
Irvine, CA 92614


Seferino Renteria
5001 W. Cristal Ln
Santa Ana, CA 92704


Sergio Arriaga
654 Woodcrest Dr, Apt B
Lake Elsinore, CA 92530


Sergio Maciel
42036 Moraga Rd, Apt #13C
Temecula, CA 92591


Sergio S. Pareno
20302 Hawaiian Ave.
Lakewood, CA 90715


Sergio Velasco
30001 N. Lake Dr
Lake Elsinore, CA 92530


Shandin L. Stearns
16092 Via Media
Lake Elsinore, CA 92530


Shannon N. Hommel
29989 Happy Hunter
Canyon Lake, CA 92587

Shayne T. Aragon
412 Selkirk Dr
Corona, CA 92881


Shelly F. Buckwinkler
1078 Ocean Blvd.
Long Beach, CA 90802


Signs & Services Co
10980 Boatman Ave
Stanton, CA 90680


Simplex Grinnell
50 Technology Dr
Westminster, MA 01441


Skye D. Carsten
2411 Via Marina
Newport Beach, CA 92660


Smart Systems Technologies, Inc.
9 Goodyear
Irvine, CA 92618


SMC Grease Specialist
PO Box 1343
Corona, CA 92878


SMC Plumbing & Drain, Inc.
PO Box 1343
Corona, CA 92878

South Coast Seafoods Co., Inc.
7131 Lampson Ave
Garden Grove, CA 92841


Southern California Edison
PO Box 600
Rosemead, CA 91771-0001


Southern Wine & Spirits - S. Cal
File 56002
Los Angeles, CA 90074-6002


Southland Management Co, LLC
31501 Rancho Viejo Rd, Ste 102
San Juan Capistrano, CA 92675


Spot Lighting Supplies, Inc.
PO Box 20860
Long Beach, CA 90801


Stacy M. Forbes
2437 Flagstone Dr.
Napa, CA 94558


Stanley ConvergentSecuritySolutions
514 South Lyon St
Santa Ana, CA 92701-6362


State Compensation Insuance Fund
Los Angeles District Office-Claims
PO Box 92622
Los Angeles, CA 90009-9850

State Disbursement
PO Box 989067
West Sacramento, CA 95798

State of California Employment
PO Box 826288
Sacramento, CA 94230-6288

Stefanie L. Marino
2909 Radnor Ave.
Long Beach, CA 90815

Stephanie D. Boyer
23 Brindisi
Mission Viejo, CA 92692

Stephanie L. Arnold
17697 Streamside Ln
Riverside, CA 92503

Stephen A. Rotcher
22484 Amber Eve Dr
Corona, CA 92883

Straub Distributing Co
2701 Dow Ave
Tustin, CA 92780

Sullivans, Palm Desert
73505 El Paseo, Ste 2600
Palm Desert, CA 92260

Summer Alanis
32800 Woodhaven Ct
Lake Elsinore, CA 92530


Suriel Marcelo
8065 Broadway
Santa Ana, CA 92701


Swisher
PO Box 473526
Charlotte, NC 28247-3526


Swisher Hygiene Franchisee Trust
PO Box 473526
Charlotte, NC 28247-3526


Sysco Food Services Los Angeles Inc
20701 E. Currier Rd
Walnut, CA 91789


Taryn L. Donovan
13206 Myford Rd., #712
Tustin, CA 92782


Tasja M. Twing
1981 B Church St
Costa Mesa, CA 92627


Tawnee McCoy
22 Ponte Fiera
Lake Elsinore, CA 92532

Taylor L. Seinturier
33155 Robert St
Lake Elsinore, CA 92595


Teri L. Poucher
2062 Sandfield
Tustin, CA 92780


Thomas W.H. Linzy
1025f Mirasol St
Santa Ana, CA 92701


Tiffany M. Smith
2453 Bronco Ln
Norco, CA 92860


Toby C. Ramos
8 Summerwood
Aliso Viejo, CA 92656


Tracey E. Bill
1522 Lanai Wy
Tustin, CA 92780


Travelers
CL Remittance Center
Hartford, CT 06183


Travis M. Robinson
3558 Philadelphia Ct
Riverside, CA 92503

Trenna A. McCoy
22 Ponte Fiera
Lake Elsinore, CA 92532


Trevor M. Couch
1267 Old Hickory Rd
Corona, CA 92882


Tustin Heights SC, LP
c/o Gerry C. Submelter, Esq.
Blackmar, Principe & Schmelter, APC
600 B St, Ste 2250
San Diego, CA 92101-4521


Tustin Heights SC, LP
PO Box 100542
Pasadena, CA 91189-0542


Tustin Lock and Safe
12932 Newport Ave
Tustin, CA 92780


Tyler S. Arena
4682 Warner Ave, Apt C212
Huntington Beach, CA 92649


Tyson J. Wilcoxson
3207 E. 2nd St., Apt. 2
Long Beach, CA 90803


U.S. Air Conditioning
16900 Chestnut St
City of Industry, CA 91748

US Bancorp
1450 Channel Pkwy
Marshall, MN 56258


Valentine Catalan-Sanchez
15649 Pasadena Ave, #G
Tustin, CA 92780


Valley Funding, LLC
90 Gwynn Mill Ct
Owings Mills, MD 21117


Vanessa M. Gorseth
32706 Lakeview Terrace
Lake Elsinore, CA 92530


Vanessa M. Miller
22783 Mission Bells
Corona, CA 92883


Verizon California
PO Box 9688
Mission Hills, CA 91346-9688


Victoriano Vazquez
3276 Liberty Blvd, #D
South Gate, CA 90280


Viviana C. Lizarraga
11192 Fostoria St.
Garden Grove, CA 92840

Wasserstrom
477 S. Front St
Columbus, OH 43215


Waste Management of Inland Empire
PO Box 78251
Phoenix, AZ 85062-8251


Wesley Schlagenhauf
1723 Coronado Ave., Apt. 1
Long Beach, CA 90804


When To Manage Restaurant Solutions
52 Moshier St
Greenwich, CT 06831


White, Nelson & Co, LLP
2875 Michelle Dr, Ste 300
Irvine, CA 92606


William D. Anascavage
15177 Lincoln St, #G2
Lake Elsinore, CA 92530


William Orla
393 Rimpau, #1
Corona, CA 92879


Young's Market Co
PO Box 30658
Los Angeles, CA 90030-0658

Zachary J. Kaib
26444 Nova Ln
Sun City, CA 92585