Thomas J. Polis - SBN 119326
**POLIS & ASSOCIATES**
**A PROFESSIONAL LAW CORPORATION**
19800 MacArthur Boulevard, Suite 1000
Irvine, California 92612-2433
Telephone: (949) 862-0040
Facsimile: (949) 862-0041
E-Mail: tom@polis-law.com

Proposed Counsel for R Star Restaurants, Inc.
dba Lone Star Steakhouse dba Lone Star Steakhouse & Saloon
Debtor/Debtor-In-Possession

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| **In re**<br><br>**R Star Restaurants, Inc. dba Lone Star Steakhouse dba Lone Star Steakhouse & Saloon,**<br><br>    **Debtor and**<br>    **Debtor-In-Possession.** | ) Case No. 8:10-bk-12892-TA<br>)<br>) Chapter 11<br>)<br>) DEBTOR/DEBTOR-IN-POSSESSION AND<br>) LICENSOR'S STIPULATION TO CONTINUE<br>) HEARING RE: MOTION OF LSF5 CACTUS<br>) FRANCHISOR, LLC AND LONE STAR<br>) STEAKHOUSE & SALOON, INC. FOR AN<br>) ORDER COMPELLING THE DEBTOR TO<br>) CEASE USING LONE STAR INTELLECTUAL<br>) PROPERTY<br>)<br>)    [PROPOSED ORDER LODGED VIA LOU<br>)       CONCURRENTLY HEREWITH]<br>)<br>) **Present Hearing:**<br>) Date: April 28, 2010<br>) Time: 11:00 a.m.<br>) Ctrm: 5B, 5th Floor<br>)      Reagan Federal Building & Courthouse<br>)      411 West Fourth Street<br>)      Santa Ana, California 92701 |

     **TO THE HONORABLE THEODOR C. ALBERT, UNITED STATES BANKRUPTCY JUDGE; THE OFFICE OF THE UNITED STATES TRUSTEE; AND OTHER PARTIES ENTITLED TO NOTICE OF THE ENCLOSED STIPULATION:**

     **WHEREAS**, on March 8, 2010, the Debtor/Debtor-In-Possession, R Star Restaurants, Inc. dba Lone Star Steakhouse dba Lone Star Steakhouse & Saloon ("R Star" or "Debtor"), filed its Voluntary Petition under Chapter 11 of the United States Bankruptcy Code. The Debtor has

1  remained in control of all of its business assets as a Debtor-In-Possession at all times since the
2  Debtor's Petition Date;
3      **WHEREAS**, the Debtor's business operations are comprised of five separate Lone Star
4  Steakhouse restaurants located in Southern California;
5      **WHEREAS**, the Debtor and its pre-petition licensor, LSF5 Cactus Franchisor, LLC and
6  Lone Star Steakhouse & Saloon, Inc. (collectively "Licensor") have been disputing the status of
7  the underlying license agreements and the enforceability of such agreements;
8      **WHEREAS**, on or about April 6, 2010, the Licensor filed its *Motion of LSF5 Cactus*
9  *Franchisor, LLC and Lone Star Steakhouse & Saloon, Inc. For An Order Compelling the Debtor*
10 *To Cease Using Lone Star Intellectual Property* ("Licensor Motion");
11     **WHEREAS**, the Licensor *Motion* is presently scheduled for hearing on April 28, 2010 at
12 11:00 a.m. before this Court;
13     **WHEREAS**, counsel for the Debtor, Thomas J. Polis, Esq. of Polis & Associates, has a
14 scheduling conflict with another bankruptcy court appearance in Los Angeles with the presently
15 scheduled hearing on Licensor's *Motion*;
16     **WHEREAS**, both counsel for the Debtor and local counsel for the Licensor have agreed
17 to continue the presently scheduled hearing set for **April 28, 2010 at 11:00 a.m. to May 5, 2010**
18 **at 10:00 a.m.** (per the Court's self-calendaring instructions on the Court's website);
19     **WHEREAS**, the Parties have also agreed that as a result of ongoing settlement
20 discussions, the Debtor has until and including April 23, 2010 to file its *Opposition* to the
21 Licensor's *Motion*;
22     **WHEREAS**, the Licensor shall have until April 29, 2010 to file and serve its *Reply* to the
23 Debtor's *Opposition* to the Licensor *Motion*; and
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

1   **WHEREAS**, for good cause and based on the agreement of counsel on behalf of each

2   the Debtor and the Licensor, it is hereto agreed that the hearing and the modified briefing

3   schedule on the Licensor's *Motion* is continued as requested herein.

4   **DATED: APRIL 22, 2010**          **POLIS & ASSOCIATES**
                                        **A PROFESSIONAL LAW CORPORATION**

6                                       By: /s/ Thomas J. Polis
                                            **Thomas J. Polis**
7                                           **Proposed Counsel for**
                                            **R Star Restaurants, Inc. dba Lone Star Steakhouse**
8                                           **dba Lone Star Steakhouse & Saloon**
                                            **Debtor/Debtor-In-Possession**

10  **DATED: APRIL 22, 2010**          **JEFFER, MANGELS, BUTLER & MARMARO, LLP**

11                                      By: /s/ Caroline R. Djang
                                            **Caroline R. Djang, Esq.**
12                                          **Counsel for Licensor, LSF5 Cactus Franchisor, LLC**
                                            **and Lone Star Steakhouse & Saloon, Inc.**

| In re: R Star Restaurants, Inc. dba Lone Star Steakhouse dba Lone Star Steakhouse & Saloon | Chapter: 11 |
|---|---|
| Debtor(s) | Case Number: 8:10-bk-12892-TA |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is

**POLIS & ASSOCIATES
A PROFESSIONAL LAW CORPORATION
19800 MacArthur Boulevard, Suite 1000
Irvine, California 92612-2433**

A true and correct copy of the foregoing document described **DEBTOR/DEBTOR-IN-POSSESSION AND LICENSOR'S STIPULATION TO CONTINUE HEARING RE: MOTION OF LSF5 CACTUS FRANCHISOR, LLC AND LONE STAR STEAKHOUSE & SALOON, INC. FOR AN ORDER COMPELLING THE DEBTOR TO CEASE USING LONE STAR INTELLECTUAL PROPERTY** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**I. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **April 23, 2010**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

- Office of the United States Trustee, Santa Ana Division - ustpregion16.sa.ecf@usdoj.gov
- Nancy Goldberg, Esq. - Office of the United States Trustee - nancy.goldberg@usdoj.gov
- David M. Poitras, Esq., Jeffer, Mangels, Butler & Marmaro, LLP - dpoitras@jmbm.com

☐ Service information continued on attached page

**II. SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served)**:**
On **April 23, 2010,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. *Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.*

**SERVED VIA GOLDEN STATE OVERNIGHT DELIVERY**
- Honorable Theodor C. Albert, United States Bankruptcy Court, Central District of California
  411 West Fourth Street, Suite 5085, Santa Ana, California 92701

☐ Service information continued on attached page

**III. SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. *Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.*

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| April 23, 2010 | Cristina L. Allen | /s/ Cristina L. Allen |
|---|---|---|
| *Date* | *Type Name* | *Signature* |